# Exhibit 2

# FD-209a CHS Contact Report

OFFICIAL RECORD

CHS Number: [redacted]
Date: 11/08/2023
CHS Status: Open
Created By: [redacted]
CHS Last Opened Date: 09/30/2010
Case Agent: [redacted]

Field Office: Seattle

Squad: [redacted]

## Filing and Security

**Overall Document Classification**

**Classification Block**
[redacted]

[redacted]

## Contact Report Details

**CHS Contact Report Synopsis**
Supplemental reporting re Russian Intelligence Service Operative and top Russian representative to Country B, Russian Official 1

**Date of Contact**
11/8/2023

**Participant**
- [redacted]

**Contact Type**
Messaging Platform

**Derogatory Information**
Does this form contain potentially derogatory information that might reduce the CHS's reliability or credibility?
No

FD-209a CHS Contact Report

**Life Changes**
Has the CHS experienced any of the following significant life changes?

- No, Child custody dispute
- No, Death or serious illness of close family member or friend
- No, Divorce or Separations
- No, Major life change, such as relocation, job loss, or significant loss of income
- No, Serious Illness of CHS
- No, Serious legal issues
- No, Other
- Yes, None of the above

**Appearance Changed**
Has the CHS's appearance changed to indicate any of the following?

- No, Evidence of change in mental state
- No, Evidence of radicalization
- No, Evidence of significant increase in unexplained income
- Yes, None of the above

**Behavior Issues**
Did the CHS exhibit any of the following?

- No, Egotism
- No, Excessive gambling
- No, Financial issues
- No, Impulsiveness
- No, Misuse of alcohol
- No, Misuse of prescription medication or illicit drug use
- No, Risky sexual behavior
- Yes, None of the above

**Disobeyed Instructions**
Has the CHS done any of the following?

- No, Disclosed their FBI affiliation to a foreign entity without Handling Agent authorization
- No, Disclosed their FBI affiliation to a subject without Handling Agent authorization
- No, Disclosed their FBI affiliation to the media
- No, Failed to follow taskings or instructions
- No, Taken operational action without the Handling Agent's consent
- No, Unresponsive on multiple occasions to communication attempts, to include repeatedly cancelling meetings, missing meetings, or being late to meetings
- Yes, None of the above

**Inadequate Reporting**
Was the CHS's information any of the following?

- No, Contradicted by other intelligence reporting
- No, Derived from open sources
- No, Indicative of deliberate deception, fraudulence, or fabrication
- Yes, None of the above

FD-209a CHS Contact Report

**Investigative Techniques**
Describe the FBI investigative techniques and information revealed to the CHS for operational purposes

N/A

**Access to Information**
What was the CHS's access to the specific information being reported?
Direct

**Database Access**
Was the CHS tasked to obtain information from an employer database during this contact?

No

**Other Pertinent Information**
This field may be utilized for any pertinent information regarding the CHS contact, and should be used to identify CHS acquisition of information by sub-sources/3rd parties reported in the associated FD-1023.

N/A

**FD-209a CHS Contact Report**

Federal Bureau of Investigation (FBI) * Source ███████ * Page 4 of 4



[Page content redacted]

# FD-209a CHS Contact Report

OFFICIAL RECORD

CHS Number: [redacted]
Date: 12/04/2023
CHS Status: Open
Created By: [redacted]
CHS Last Opened Date: 09/30/2010
Case Agent: [redacted]

Field Office: Seattle

Squad: C3

## Filing and Security

**Overall Document Classification**

**Classification Block**

[redacted]

## Contact Report Details

**CHS Contact Report Synopsis**

Partial identification of Russian national Russian Official 3, an alleged representative of Russian Official 4, former head of [redacted].

**Date of Contact**

11/27/2023

**Participant**

[redacted]

**Contact Type**

In Person

[redacted]

**Derogatory Information**

Does this form contain potentially derogatory information that might reduce the CHS's reliability or credibility?

No

FD-209a CHS Contact Report

**Life Changes**
Has the CHS experienced any of the following significant life changes?

- No, Child custody dispute
- No, Death or serious illness of close family member or friend
- No, Divorce or Separations
- No, Major life change, such as relocation, job loss, or significant loss of income
- No, Serious Illness of CHS
- No, Serious legal issues
- No, Other
- Yes, None of the above

**Appearance Changed**
Has the CHS's appearance changed to indicate any of the following?

- No, Evidence of change in mental state
- No, Evidence of radicalization
- No, Evidence of significant increase in unexplained income
- Yes, None of the above

**Behavior Issues**
Did the CHS exhibit any of the following?

- No, Egotism
- No, Excessive gambling
- No, Financial issues
- No, Impulsiveness
- No, Misuse of alcohol
- No, Misuse of prescription medication or illicit drug use
- No, Risky sexual behavior
- Yes, None of the above

**Disobeyed Instructions**
Has the CHS done any of the following?

- No, Disclosed their FBI affiliation to a foreign entity without Handling Agent authorization
- No, Disclosed their FBI affiliation to a subject without Handling Agent authorization
- No, Disclosed their FBI affiliation to the media
- No, Failed to follow taskings or instructions
- No, Taken operational action without the Handling Agent's consent
- No, Unresponsive on multiple occasions to communication attempts, to include repeatedly cancelling meetings, missing meetings, or being late to meetings
- Yes, None of the above

**Inadequate Reporting**
Was the CHS's information any of the following?

- No, Contradicted by other intelligence reporting
- No, Derived from open sources
- No, Indicative of deliberate deception, fraudulence, or fabrication
- Yes, None of the above

FD-209a CHS Contact Report

Federal Bureau of Investigation (FBI) * Source ▓▓▓▓ * Page 3 of 4



### Investigative Techniques
Describe the FBI investigative techniques and information revealed to the CHS for operational purposes

   N/A

### Access to Information
What was the CHS's access to the specific information being reported?
   Direct and Indirect

### Database Access
Was the CHS tasked to obtain information from an employer database during this contact?

   No

### Other Pertinent Information
This field may be utilized for any pertinent information regarding the CHS contact, and should be used to identify CHS acquisition of information by sub-sources/3rd parties reported in the associated FD-1023.

   N/A

FD-209a CHS Contact Report

Federal Bureau of Investigation (FBI) * Source * Page 4 of 4

OFFICIAL RECORD

# FD-209a CHS Contact Report

OFFICIAL RECORD

CHS Number:
Date: 12/06/2023
CHS Status: Open
Created By:
CHS Last Opened Date: 09/30/2010
Case Agent:

Field Office: Seattle

Squad: C3

## Filing and Security

**Overall Document Classification**

**Classification Block**

## Contact Report Details

**CHS Contact Report Synopsis**
Russian Official 1's knowledge of certain Russian military operations in Country C.

**Date of Contact**
11/27/2023

**Participant**

**Contact Type**
In Person

**Derogatory Information**
Does this form contain potentially derogatory information that might reduce the CHS's reliability or credibility?
No

**FD-209a CHS Contact Report**
Federal Bureau of Investigation (FBI) • Source [REDACTED] • Page 2 of 4



**Life Changes**
Has the CHS experienced any of the following significant life changes?

- No. Child custody dispute
- No. Death or serious illness of close family member or friend
- No. Divorce or Separations
- No. Major life change, such as relocation, job loss, or significant loss of income
- No. Serious Illness of CHS
- No. Serious legal issues
- No. Other
- Yes. None of the above

**Appearance Changed**
Has the CHS's appearance changed to indicate any of the following?

- No. Evidence of change in mental state
- No. Evidence of radicalization
- No. Evidence of significant increase in unexplained income
- Yes. None of the above

**Behavior Issues**
Did the CHS exhibit any of the following?

- No. Egotism
- No. Excessive gambling
- No. Financial issues
- No. Impulsiveness
- No. Misuse of alcohol
- No. Misuse of prescription medication or illicit drug use
- No. Risky sexual behavior
- Yes. None of the above

**Disobeyed Instructions**
Has the CHS done any of the following?

- No. Disclosed their FBI affiliation to a foreign entity without Handling Agent authorization
- No. Disclosed their FBI affiliation to a subject without Handling Agent authorization
- No. Disclosed their FBI affiliation to the media
- No. Failed to follow taskings or instructions
- No. Taken operational action without the Handling Agent's consent
- No. Unresponsive on multiple occasions to communication attempts, to include repeatedly cancelling meetings, missing meetings, or being late to meetings
- Yes. None of the above

**Inadequate Reporting**
Was the CHS's information any of the following?

- No. Contradicted by other intelligence reporting
- No. Derived from open sources
- No. Indicative of deliberate deception, fraudulence, or fabrication
- Yes. None of the above

## FD-209a CHS Contact Report

Federal Bureau of Investigation (FBI) * Source ▅▅▅ * Page 3 of 4



### Investigative Techniques
Describe the FBI investigative techniques and information revealed to the CHS for operational purposes

N/A

### Access to Information
What was the CHS's access to the specific information being reported?
Direct

### Database Access
Was the CHS tasked to obtain information from an employer database during this contact?

No

### Other Pertinent Information
This field may be utilized for any pertinent information regarding the CHS contact, and should be used to identify CHS acquisition of information by sub-sources/3rd parties reported in the associated FD-1023.

N/A

FD-209a CHS Contact Report



DECLASSIFIED BY: NSICG F14M26K92
ON 02-14-2024
This redacted version only.

Case 2:24-cr-00091-ODW   Document 11-1   Filed 02/21/24   Page 14 of 17   Page ID #:94

# FD-209a CHS Contact Report

Federal Bureau of Investigation (FBI) * Source [REDACTED] * Page 1 of 4

OFFICIAL RECORD

CHS Number: [REDACTED]
Date: 12/20/2023
CHS Status: Open
Created By: [REDACTED]
CHS Last Opened Date: 09/30/2010
Case Agent: [REDACTED]

Field Office: Seattle

Squad: C3

## Filing and Security

**Overall Document Classification**

**Classification Block**
[REDACTED]

## Contact Report Details

**CHS Contact Report Synopsis**
Meetings [REDACTED] in **Country A**, between top **Country C** officials and **Russian Official 2** [REDACTED] and **Russian Official 1** [REDACTED]

**Date of Contact**
12/11/2023

**Participant**
- [REDACTED]

**Contact Type**
Messaging Platform

**Derogatory Information**
Does this form contain potentially derogatory information that might reduce the CHS's reliability or credibility?
No

## FD-209a CHS Contact Report
Federal Bureau of Investigation (FBI) • Source ▓▓▓▓ • Page 2 of 4



### Life Changes
Has the CHS experienced any of the following significant life changes?

- No. Child custody dispute
- No. Death or serious illness of close family member or friend
- No. Divorce or Separations
- No. Major life change, such as relocation, job loss, or significant loss of income
- No. Serious Illness of CHS
- No. Serious legal issues
- No. Other
- Yes. None of the above

### Appearance Changed
Has the CHS's appearance changed to indicate any of the following?

- No. Evidence of change in mental state
- No. Evidence of radicalization
- No. Evidence of significant increase in unexplained income
- Yes. None of the above

### Behavior Issues
Did the CHS exhibit any of the following?

- No. Egotism
- No. Excessive gambling
- No. Financial issues
- No. Impulsiveness
- No. Misuse of alcohol
- No. Misuse of prescription medication or illicit drug use
- No. Risky sexual behavior
- Yes. None of the above

### Disobeyed Instructions
Has the CHS done any of the following?

- No. Disclosed their FBI association to a foreign entity without Handling Agent authorization
- No. Disclosed their FBI association to a subject without Handling Agent authorization
- No. Disclosed their FBI association to the media
- No. Failed to follow taskings or instructions
- No. Taken operational action without the Handling Agent's consent
- No. Unresponsive on multiple occasions to communication attempts, to include repeatedly cancelling meetings, missing meetings, or being late to meetings
- Yes. None of the above

### Inadequate Reporting
Was the CHS's information any of the following?

- No. Contradicted by other intelligence reporting
- No. Derived from open sources
- No. Indicative of deliberate deception, fraudulence, or fabrication
- Yes. None of the above

## FD-209a CHS Contact Report

Federal Bureau of Investigation (FBI) • Source ▓▓▓▓ • Page 3 of 4



### Investigative Techniques
Describe the FBI investigative techniques and information revealed to the CHS for operational purposes

N/A

### Access to Information
What was the CHS's access to the specific information being reported?
Direct

### Database Access
Was the CHS tasked to obtain information from an employer database during this contact?

No

### Other Pertinent Information
This field may be utilized for any pertinent information regarding the CHS contact, and should be used to identify CHS acquisition of information by sub-sources/3rd parties reported in the associated FD-1023.

N/A

[redacted]

FD-209a CHS Contact Report
Federal Bureau of Investigation (FBI) * Source [redacted] * Page 4 of 4

OFFICIAL RECORD

[redacted]

[redacted]

