# Exhibit 8

# Issue or extend Israeli travel documents abroad

**Israeli citizens and residents living abroad can use this service to apply for or extend Israeli non-biometric travel documents.**

**Who can apply**

Israeli citizens and residents living abroad can apply for, and renew the following documents:

- Travel documents (passport or laissez-passer).
- Travel documents that have expired or whose pages have become full.
- New travel documents issued due to loss, theft, destruction, or wear and tear of the previous document

**All applications must be made in person by the applicant.**

## Applicants under 18

- Parents must make the application together with their children (who are under 18).
- Divorced, separated, common-law spouses, or single parents must submit written consent of both parents. You can sign the consent form in the presence of the a consul in any Israeli mission abroad, in the presence of a notary, or in an office of the Population and Immigration Authority.

## Notes

- Travel documents (passports and laissez-passer documents) issued by the State of Israel to its citizens are the property of the state, and must be kept safe.
- Israeli citizens must leave and enter Israel using Israeli travel documents only.
- Israeli biometric travel documents cannot be issued outside Israel.

**Replacing an expired or full travel document (passport or laissez-passer)**

## What you need

- Two current, identical, passport photos in color, 5 by 5 centimeters, on a white background.
- A photo ID (such as an ID card or Israeli driver's license).
- the completed and signed passport or laissez-passer application form.

## Service fee

Consult the fees table to see fees application prices:

- See fees in US Dollar and Euro
- For local currencies, check your local consul's fees table

**Issuing a travel document in case of loss, theft or damage**

If your travel document has been lost stolen or damaged while abroad, you must appear at the nearest Israeli mission to issue a new travel document.

The type of document issued will be determined by the consular representative at the mission.

## What you need

- Two current, identical passport photos in color, 5 by 5 centimeters, on a white background.
- A photo ID (such as an ID card or Israeli driver's license).
- The completed and signed Declaration of loss / theft / destruction of a passport or laissez passer form

Issuance of Israeli travel documents abroad / Ministry of Foreign Affairs    Page ID #:100

- Application form for a passport or laissez-passer, completed and signed.

## Service fee

Consult the fees table to see fees application prices:

- See fees in US Dollar and Euro
- For local currencies, check your local consul's fees table

**In addition to the service fee, you will be required to pay a fine for the loss, theft or damage of your travel document.**

## Extending an Israeli travel document

- You can extend the validity of a non-biometric passport if no more than 5 years have passed from the day it was issued to the end of the extension period.
- You cannot extend the validity of a biometric passport.
- Extensions for citizens eligible for military service will be restricted subject to the regulation of their status with the army.

## What you need

- Application for extending or making changes to a passport or laissez-passer.
- The passport or laissez-passer that you want to extend.

## The service is free of charge

> Please note, if there is any difference or conflict between the information on this page and the law, the provisions of the law will apply.

## Files for download

**Application to extend/make changes to a passport/laissez passer**
File type : pdf  Size : 147.43 Kb

### Ministry of Foreign Affairs

### More on the subject

Documentation requests from the Population Registry and from the Israel Police at Israeli missions abroad

Authenticate Israeli Population Registry documents with an apostille stamp at Israeli missions abroad

Notarization and consular authorizations

Apply for positions in overseas Ministry of Foreign Affairs missions – for local Israeli citizens

Apply for a position in the Ministry of Foreign Affairs overseas security division

Applying for positions in the Ministry of Foreign Affairs in Israel

MFA Scholarships for international students (academic year 2023-2024)

Pay for Ministry of Foreign Affairs services

This page was last updated on 05.11.2023

## Useful information

All services

Contact the government

RSS

Terms of use

## Support

Call Us 1299

Central Government Call Center

Technical support for online services

Contact information security

## More information

About

Accessibility

Site map

Freedom of Information (Heb)

Use of cookies

