# Exhibit 9

# Israel's Diplomatic Missions

Search by selecting one or more of the following options

Continent

United States of America

Embassy

## 10 Results

Country and Region: United States of America    X

| Country and Region: | Embassy: | Status: |
|---|---|---|
| United States of America | Washington | Embassy |

| Address: | Tel: | Fax: |
|---|---|---|
| EMBASSY 3514 INTERNATIONAL DR. N.W. WASHINGTON D.C. 20008 | 00-1-202-3645500 | 00-1-202-3645607 |

| Reception hours: | Contact us: | Mission website: |
|---|---|---|
| Mon - Fri 09:30 12:30 | info@washington.mfa.gov.il | https://www.embassies.gov.il/washington/ |

**Visa to Israel:**
No

---

| Country and Region: | Embassy: | Status: |
|---|---|---|
| United States of America | New York | Consulate General |

| Address: | Tel: | Fax: |
|---|---|---|
| CONSULATE GENERAL OF ISRAEL 800 SECOND AVENUE NEW YORK, N.Y. 10017 | 00-1-212-4995000 | 00-1-212-4995355 |

| Reception hours: | Contact us: | Mission website: |
|---|---|---|
| Mon - Fri 09:30 12:30 | info@newyork.mfa.gov.il | https://embassies.gov.il/new-york/Pages/defaul |

**Visa to Israel:**
No

---

| Country and Region: | Embassy: | Status: |
|---|---|---|
| United States of America | Atlanta | Consulate General |

| Address: | Tel: | Fax: |
|---|---|---|
| CONSULATE GENERAL 1100 SPRING ST.NW SUITE 440 ATLANTA, GEORGIA 30309 U.S.A | 00-1-404-4876500 | 00-1-404-4876555 |

| Reception hours: | Contact us: | Mission website: |
|---|---|---|
| Mon - Fri 09:00 13:00 | info@atlanta.mfa.gov.il | https://atlanta.mfa.gov.il |

**Visa to Israel:**
No

---

| Country and Region: | Embassy: | Status: |
|---|---|---|
| United States of America | Boston | Consulate General |

| Address: | Tel: | Fax: |
|---|---|---|
| CONSULATE GENERAL 20 PARK PLAZA, SUITE 1020 BOSTON, MA 02116 | 00-1-617-5350200 | 00-1-617-5350255 |

| Reception hours: | Contact us: | Mission website: |
|---|---|---|

| | | |
|---|---|---|
| Mon - Fri 10:00 13:00 | info@boston.mfa.gov.il | https://boston.mfa.gov.il |
| **Visa to Israel:** No | | |

| **Country and Region:** United States of America | **Embassy:** Chicago | **Status:** Consulate General |
|---|---|---|
| **Address:** CONSULATE GENERAL 500 W. MADISON ST. CITIGROUP CENTER, SUITE 3100 CHICAGO, IL 60661 U.S.A | **Tel:** 00-1-312-3808800 | **Fax:** 00-1-312-3808855 |
| **Reception hours:** Mon - Thu 09:30 12:30 Fri 09:30 12:00 | **Contact us:** info@chicago.mfa.gov.il | **Mission website:** https://chicago.mfa.gov.il |
| **Visa to Israel:** No | | |

| **Country and Region:** United States of America | **Embassy:** Houston | **Status:** Consulate General |
|---|---|---|
| **Address:** CONSULATE GENERAL 24 GREENWAY PLAZA, SUITE 1500 HOUSTON, TEXAS 77046 HOUSTON | **Tel:** 00-1-832-3013500 | **Fax:** 00-1-832-2018700 |
| **Reception hours:** Mon - Fri 09:30 12:30 | **Contact us:** consular.dep@houston.mfa.gov.il | **Mission website:** https://embassies.gov.il/houston |
| **Visa to Israel:** No | | |

| **Country and Region:** United States of America | **Embassy:** Los Angeles | **Status:** Consulate General |
|---|---|---|
| **Address:** CONSULATE GENERAL 11766 WILSHIRE BLVD. SUITE 1600 LOS ANGELES,CALIFORNIA 90025 USA | **Tel:** 00-1-323-8525500 | **Fax:** 00-1-323-8525555 |
| **Reception hours:** Mon - Fri 09:00 12:00 | **Contact us:** info@losangeles.mfa.gov.il | **Mission website:** https://embassies.gov.il/la |
| **Visa to Israel:** No | | |

| **Country and Region:** United States of America | **Embassy:** Miami | **Status:** Consulate General |
|---|---|---|
| **Address:** CONSULATE GENERAL 100 N. BISCAYNE BLVD SUITE 1800, MIAMI, FLORIDA 33132 | **Tel:** 00-1-305-9259400 | **Fax:** 00-1-305-9259451 |
| **Reception hours:** Mon - Fri 09:30 12:30 | **Contact us:** consular.dep@miami.mfa.gov.il | **Mission website:** https://miami.mfa.gov.il |
| **Visa to Israel:** No | | |

| **Country and Region:** United States of America | **Embassy:** San Francisco | **Status:** Consulate General |
|---|---|---|
| **Address:** CONSULATE GENERAL 456 MONTGOMERY ST. SUITE 2100 SAN FRANCISCO CA. 94104 U.S.A | **Tel:** 00-1-415-8447500 | **Fax:** 00-1-415-8447555 |
| **Reception hours:** | **Contact us:** | **Mission website:** |

Mon - Fri 10:00 13:00

info@sanfrancisco.mfa.gov.il

https://www.israeliconsulate.org

**Visa to Israel:**

No

| | | |
|---|---|---|
| **Country and Region:** | **Embassy:** | **Status:** |
| United States of America | New York/U.N | Delegation |
| **Address:** | **Tel:** | **Fax:** |
| PERMANENT MISSION TO THE UNITED NATIONS 800 SECOND AVENUE NEW YORK U.N 10017 | 00-1-212-4995321 | 00-1-212-4995516 00-1-212-4995515 |
| **Reception hours:** | **Contact us:** | **Mission website:** |
| No info | info@newyork.mfa.gov.il | https://embassies.gov.il/un |

**Visa to Israel:**

No

This page was last updated on 19.05.2021

## Useful information

All services

Contact the government

RSS

Terms of use

## Support

Call Us 1299

Central Government Call Center

Technical support for online services

Contact information security

## More information

About

Accessibility

Site map

Freedom of Information (Heb)

Use of cookies

