DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone: (771) 217-6091
    E-mail:   LJW@USDOJ.GOV, DEH@USDOJ.GOV

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-cr-00091-ODW |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING CERTAIN EXHIBITS TO GOVERNMENT'S APPLICATION FOR REVIEW OF MAGISTRATE JUDGE'S BAIL ORDER; DECLARATION OF DEREK E. HINES |
| v. | |
| ALEXANDER SMIRNOV, | |
| Defendant. | **(UNDER SEAL)** |

The government hereby applies ex parte for an order that certain exhibits in the above-titled case be filed under seal exhibits 1, 3, 4, 5, 6, 7, 10 and 11 to the Government's Application for Review of Magistrate Judge's Bail Order under seal as these documents contain personally identifiable information (PII) and/or financial information, which should be protected from public view.  Exhibits 1, 3, 4, 5, 6, 7 10, and 11 were sealed by the magistrate judge in the underlying proceeding and exhibit 11 is the pretrial services report in the District of Nevada.

//

//

This ex parte application is made pursuant to Local Criminal Rule 49-1.2(b)(3) and is based on the attached declaration of Senior Assistant Special Counsel Derek E. Hines.

Dated: February 21, 2024

Respectfully submitted,

DAVID WEISS
Special Counsel

*/s/ Derek Hines*

_____
LEO J. WISE
Principal Senior Assistant Special Counsel

DEREK E. HINES
Senior Assistant Special Counsel

SEAN F. MULRYNE
CHRISTOPHER M. RIGALI
Assistant Special Counsels

United States Department of Justice

**DECLARATION OF DEREK E. HINES**

I, Derek E. Hines, declare as follows:

I am the Senior Assistant Special Counsel.  I represent the government in the prosecution of United States v. Alexander Smirnov, No. 2:24-cr-00091-ODW, where on February 14, 2024, a federal grand jury in the Central District of California returned a two-count indictment charging Smirnov with one count of making false statements to federal law enforcement, in violation of 18 U.S.C. § 1001 (Count One) and; one count of fabricating information in a federal investigation, in violation of 18 U.S.C. § 1519 (Count Two).  *United States v. Smirnov*, Cr. No. 2:24-cr-00091-ODW (C.D. Cal. Feb. 14, 2024, ECF 1).  That same day, Smirnov was arrested in the District of Nevada as he returned to the United States on an international flight.  Smirnov was scheduled to leave the United States two days later, on February 16, 2024. A detention hearing was held scheduled in his matter on February 20, 2024, before United States Magistrate Judge Daniel J. Albregts of the United States District Court for the District of Nevada.  At that hearing, United States Magistrate Judge Albregts ordered Smirnov released on a personal recognizance bond and conditions.  He further ordered that certain exhibits to the government's motion be sealed, including exhibits 1, 3, 4, 5, 6, 7, 10 and 11.  The United States is now requesting a review of the Magistrate Judge's Bail Order. In support of that application, the government has included these same exhibits which include personally identifiable information (PII) and/or financial information.  The defendant did not object to these

1

exhibits being sealed in the underlying proceeding in the District of Nevada.  The government has included on additional exhibit, exhibit 11, which is the pretrial services report and also includes personally identifiable information (PII) and/or financial information.

    1.   Accordingly, the government requests that exhibits 1, 3, 4, 5, 6, 7, 10 and 11 to the Government's Application for Review of Magistrate Judge's Bail Order be sealed.

    2.   Copies of the sealed exhibits were provided to defense counsel on February 21, 2024 by email.

    3.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Las Vegas, Nevada, on February 21, 2024.

*/s/ Derek Hines*

DEREK E. HINES

2