# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: CR 24-00091-ODW |
|---|---|
| PLAINTIFF, | |
| v. | |
| ALEXANDER SMIRNOV, | **WARRANT FOR ARREST** |
| DEFENDANT | |

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **ALEXANDER SMIRNOV** and bring him forthwith to District Judge, Otis D. Wright, II, to answer an Indictment charging him with False Statement to Federal Law Enforcement, in violation of Title 18, United States Code, Section 1001, and Creating a False or Fictitious Record, in violation of Title 18 United States Code, Section 1519.

REC: Principal Senior Assistant Counsel Leo J. Wise
       Senior Assistant Special Counsel Derek H. Hines

| Brian D. Karth | February 22, 2024        Los Angeles, CA |
|---|---|
| NAME OF ISSUING OFFICER | |
| | DATE AND LOCATION OF ISSUANCE |
| TITLE OF ISSUING OFFICER | |
| *Sheila English* | By:  Hon. Otis D. Wright, II |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| **DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO** | SIGNATURE OF ARRESTING OFFICER |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. ALEXANDER SMIRNOV, DEFENDANT | CASE NUMBER: 2:24-cr-00091-ODW  **WARRANT FOR ARREST** |
|---|---|

| RACE: White | SEX: Male | HEIGHT: 5' 8" | WEIGHT: 170 | HAIR: Black | EYES: Brown | OTHER: |
|---|---|---|---|---|---|---|
| YEAR OF BIRTH: 1980 | | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: 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 | DRIVER'S LICENSE NO. 1607210382 | ISSUING STATE Nevada |
| ALIASES: Alex Smirnov Sasha Smirnov | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE |
| LAST KNOWN RESIDENCE: 2877 PARADISE RD, UNIT 1202, LAS VEGAS, NV 89109-5265 | | | | LAST KNOWN EMPLOYMENT: | | |
| FBI NUMBER: | | | | | | |
| ADDITIONAL INFORMATION: | | | | | | |
| INVESTIGATIVE AGENCY NAME: FBI | | | | INVESTIGATIVE AGENCY ADDRESS: | | |

NOTES: