# EXHIBIT 3

February 23, 2024

Honorable Judge Otis D. Wright, II
First Street Courthouse
350 W. 1st Street, Los Angeles, CA. 90012
Courtroom 5D, 5th Floor

Re:   *Alexander Smirnov*
      *Case No. 2:24-CR-00091-ODW*

Dear Honorable Judge Otis D. Wright, II,

I am 39 years old and live in Fairfax, Virginia. I am a citizen of the United States and Israel.

I have worked for over 5 years as an economist in the Department of Labor, Bureau of Labor Statistics (BLS) in Washington, D.C. I am a staff member in the office of information and publications branch. This office is tasked with publishing estimates, explaining their meaning, and guiding data users to find the information of their interest.

I served in the United States Marine Corps for four years, receiving an honorable discharge at the end of my active duty contract in 2015.

I have known Alex Smirnov for 25 years. My mother, Diana Lavrenyuk, is Alex's long-time significant other and both live in the United States.

Alex's first language is Russian. His second language is Hebrew and his third language is English.  Alex has never had a problem with drinking, drugs or violence.

In my opinion, Alex would not disobey a court's order or flee. Alex always keeps his word. Family is everything for Alex, and he would not disappoint them by fleeing.

Sincerely,

NIKOLAY LAVRENYUK

