# EXHIBIT 4

# United States District Court
# For The Central District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 2:24-CR-00091-ODW (CACD) |
| Plaintiff, | 2:24-MJ-00166-DJA (DIST OF NEV) |
| v. | **ORDER SETTING HEARING ON GOVERNMENT MOTION FOR REVIEW OF RELEASE ORDER** |
| **ALEXANDER SMIRNOV** | |
| Defendant. | **(UNDER SEAL)** |

It has come to this Court's attention that counsel for defendant has sought an emergency hearing in the District of Nevada to arrange the release of Defendant Smirnov, likely to facilitate his absconding from the United States.

Defendant has been indicted by a grand jury sitting in the Central District of California. He was arrested on February 14, 2024 in the District of Nevada upon his arrival in the United States following an international flight. He was promptly brought before a magistrate judge who, while agreeing that the government had established a probability of Defendant fleeing the jurisdiction, but disagreeing that no conditions nor combination of conditions could be fashioned to assure his appearance for trial or other mandated court appearances. The

magistrate judge then issued an order for Defendant's release, with conditions.

The government then sought reconsideration or re-examination by this Court of the Nevada release order. That motion for reconsideration has been granted and this Court issued an arrest warrant specifying that upon his arrest Defendant should be brought promptly to **this** Court. Indeed, at 9:00 a.m. Monday, February 26, 2024 the USMS is to bring Defendant to courtroom 5-D located at the First Street Courthouse located at 350 West 1st Street, Los Angeles, CA for a detention hearing.

**The U.S. Marshal Service is advised there is to be no deviation from this Order.**

DATED February 22, 2024

_____
OTIS D. WRIGHT, II DISTRICT JUDGE