David Z. Chesnoff, Esq.
Chesnoff & Schonfeld
520 S. Fourth Street
Las Vegas, NV 89101

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-CR-00091 ODW |
| v. | |
| ALEXANDER SMIRNOV | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Chesnoff, David
*Applicant's Name (Last Name, First Name & Middle Initial)*

702-384-5563        702-598-1425
*Telephone Number*    *Fax Number*

dzchesnoff@cslawoffice.net
*E-Mail Address*

of

Chesnoff & Schonfeld
520 S. Fourth St
Las Vegas, NV 89101
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Alexander Smirnov

*Name(s) of Party(ies) Represent*  ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Khoury, Naser I
*Designee's Name (Last Name, First Name & Middle Initial)*

152907        818-654-0001
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

naseratlaw@gmail.com
*E-Mail Address*

of

Law Offices of Naser L. Khoury
14427 Sylvan Street
Van Nuys, CA 91401
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: 2/23/24

/s/District Judge Otis D. Wright, II
**U.S. District Judge**

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1