DAVID Z. CHESNOFF, ESQ.
*Pro Hac Vice*
RICHARD A. SCHONFELD, ESQ.
California Bar No. 202182
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
rschonfeld@cslawoffice.net
dzchesnoff@cslawoffice.net
Attorneys for Defendant, ALEXANDER SMIRNOV

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>ALEXANDER SMIRNOV,    )<br>    )<br>    Defendant,    )<br>_____)  | CASE NO. 2:24-CR-00091-ODW<br><br>**FRAP 9(a) APPEAL** |

**DEFENDANT'S NOTICE OF FRAP 9(a) APPEAL**

Notice is hereby given that Alexander Smirnov, Defendant herein, pursuant to FRAP 9(a) and 18 U.S.C. § 3145, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order granting the Government's Application for Review of Magistrate Judge's Bail Order and resulting Order of Detention, which was orally pronounced on February 26, 2024 and all related orders and adverse

1

findings. *See also* ECF 38, 40. In an abundance of caution, Defendant also appeals from the District Court's Order Setting Hearing on Government's Motion for Review of Release Order (ECF 27) and Warrant for Arrest, entered on February 22, 2024.

No Minute Order of Detention or written Statement of Reasons for detention has been filed by the District Court.

Dated this 29th day of February, 2024.

Respectfully Submitted:

CHESNOFF & SCHONFELD

/s/ Richard A. Schonfeld
DAVID Z. CHESNOFF, ESQ.
*Pro Hac Vice*
RICHARD A. SCHONFELD, ESQ.
California Bar No. 202182
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
rschonfeld@cslawoffice.net
dzchesnoff@cslawoffice.net
Attorneys for Defendant
ALEXANDER SMIRNOV

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of February, 2024, I caused the forgoing document to be filed electronically with the Clerk of the Court through the CM/ECF system for filing; and served on counsel of record via the Court's CM/ECF system including:

Derek Edward Hines
US Department of Justice
Office of Special Counsel David C. Weiss
950 Pennsylvania Avenue NW Room B-200
Washington, DC 20530
Email: deh@usdoj.gov

Leo J. Wise
US Department of Justice
Office of Special Counsel David C. Weiss
950 Pennsylvania Avenue, NW, Room B-200
Washington, DC 20530
Email: LJW@USDOJ.GOV

Christopher Michael Rigali
Office of Special Counsel, U.S. Dept. of Justice
950 Pennsylvania Avenue NW, Room B-200
Washington, DC 20530
Email: christopher.rigali2@usdoj.gov

Sean F Mulryne
Office of the Special Counsel - Weiss
950 Pennsylvania Avenue NW, Room B-200
Washington, DC 20530
Email: sfm@usdoj.gov

A copy of the foregoing was also served via First Class U.S. Mail postage prepaid to the individuals listed above.

/s/ Rosemary Reyes
Employee of Chesnoff & Schonfeld

4