Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov    For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov    For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov    For Riverside criminal duty.

F I L E D
CLERK, U.S. DISTRICT COURT
2/29/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____TV_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
            PLAINTIFF
V.
Alexander Smirnov,
USMS# _____
            DEFENDANT

CASE NUMBER: CR 24-00091-ODW

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on _____ at _____ ☐ AM ☐ PM
   or
   The defendant was arrested in the _____ District of Nevada on 2/14/23 at 11:30 ☐ AM ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☐ Yes  ☒ No

4. Charges under which defendant has been booked:
   18 USC 1001, 18 USC 1519

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes   Language: _____

7. Year of Birth: 1980

8. Defendant has retained counsel:  ☐ No
   ☒ Yes   Name: David Chessnoff   Phone Number: 702-384-5563

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Derek Hines   (please print)

12. Office Phone Number: 771-217-6091

13. Agency: FBI

14. Signature: /s/ Derek Hines

15. Date: 2/29/24

CR-64 (09/20)                 **REPORT COMMENCING CRIMINAL ACTION**