# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ☒ LA ☐ RS ☐ SA | DATE FILED: 2/14/2024 |
| | CASE NUMBER: | 2:24-cr-00091-ODW ☐ Under Seal |
| v. | INIT. APP. DATE: 2/26/2024 | TIME: 9:00 AM |
| Alexander Smirnov | CHARGING DOC: Indictment | |
| | DEFENDANT STATUS: In Custody | |
| DEFENDANT. | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT | |
| | VIOLATION: 18:1001.F; 18:1519.F | |
| | COURTSMART/REPORTER: CS 02/26/2024 | |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Otis D. Wright

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Sheila English (Deputy Clerk)    Sean F Mulryne (Assistant U.S. Attorney)    N A (Interpreter / Language)

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☒ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is ____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☐ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
☒ Attorney: David Z Chesnoff    ☒ Retd. ☐ Apptd. ☐ Prev. Apptd. ☐ DFPD ☐ Panel ☐ Poss. Contribution
   Ordered (see separate order)  ☐ Special appearance by: ____
☒ Government's request for detention is: ☒ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Contested detention hearing is held. ☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ ____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.    ☐ Class B Misdemeanor    ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge ____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT  ☐ Counsel are directed to contact the clerk for District Judge ____ for the setting of further proceedings.
☐ Preliminary Hearing set for ____ at ____ in Los Angeles
☐ Post-Indictment Arraignment set for: ____ at ____ in Los Angeles
☐ Government's motion to dismiss case/defendant ____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to ____ District of ____
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before ____
   ☐ Warrant of removal and final commitment to issue. Date issued: ____ By CRD: ____
   ☐ Warrant of removal and final commitment are ordered stayed until ____.
☐ Case continued to (Date) ____ (Time) ____ ☐ AM / ☐ PM
☐ Type of Hearing: ____ Before Judge ____ /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom  ☐ Judge's Courtroom ____
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ Electronic Release Order issued (if issued using Release Book: Release Order No. ____).
☒ Other: PIA held See separate order

RECEIVED: ☒ PSA ☐ PROBATION ☐ FINANCIAL ☒ CR-10    ☒ READY    Deputy Clerk Initials SE
: 36

M-5 (10/23)    CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE    Page 1 of 1