# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | CR 24-00091-ODW |
| Alexander Smirnov, DEFENDANT. | ABSTRACT OF COURT PROCEEDING |

**TO:   UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:**

You are hereby notified that the Honorable **Otis D. Wright, II**,
☐ United States District Judge  ☐ United States Magistrate Judge, has this date  ☐ ordered  ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ ____ social ☐ ____ legal telephone call(s) at prisoner's own expense;
   ☐ forthwith          ☐ as soon as possible          ☐ as requested, at suitable times

☐ Allowed social visits          ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for _____
A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before _____

☒ Other **Court requests defendant to be examined by an opthalmologist and the Court would like to be informed of the diagnosis and treatment plan.**

**THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.**

Dated: **2-26-24**          By: _J. English_          CLERK U.S. DISTRICT COURT
                                                       Deputy Clerk

**RETURN TO CLERK'S OFFICE**

☐ Western Division-Los Angeles     ☐ Southern Division-Santa Ana     ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

| Name (Print) | Title | Signature |
|---|---|---|

cc: ☒ MDC, ☒ Cell block

CR-53 (10/22)                    ABSTRACT OF COURT PROCEEDING