CLERK, U.S. FILED DISTRICT COURT

FEB 26, 2024

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:24-cr-00091-ODW, II |
| v. | |
| Alexander Smirnov | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

### DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Richard Schonfeld and David Chesnoff (pro hac pending), Esquire, as my attorney to appear for me throughout all proceedings in this case.

2/26/24
Date

*Defendant's Signature*

Los Angeles, CA
City and State

### APPEARANCE OF COUNSEL

I, Richard Schonfeld, Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

2/26/24
Date

*Attorney's Signature*

202182
California State Bar Number

520 S. 4th St
Street Address

Las Vegas, NV 89101
City, State, Zip Code

702 384 5563
Telephone Number

702 598-1425
Fax Number

RSchonfeld@cslawoffice.net
E-mail Address

CR-14 (01/07)    DESIGNATION AND APPEARANCE OF COUNSEL