DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
SEAN F. MULRYNE
CHRISTOPHER M. RIGALI
Assistant Special Counsels

    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone:     (771) 217-6091
    E-mail:   christopher.rigali2@usdoj.gov
    Attorneys for the United States

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-cr-00091-ODW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DESIGNATING A CLASSIFIED INFORMATION SECURITY OFFICER AND ALTERNATE CLASSIFIED INFORMATION SECURITY OFFICERS |
| v. | |
| ALEXANDER SMIRNOV, | |
| Defendant. | |

    Having read and considered the Government's 18 U.S.C. App. 3, § 2 Notice and Memorandum of Points and Authorities in Support Thereof, the Court is aware that this case may involve classified information.  Federal law explicitly provides that federal courts must have security procedures for the handling of classified information.  <u>See</u> Classified Information Procedures Act, Pub. L. 96-456 § 9, 94 Stat. 2025 (1980).

    IT IS HEREBY ORDERED that pursuant to Paragraph 2 of the Revised Security Procedures Established Pursuant to Pub L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of

```
 1  Classified Information, the Court HEREBY APPOINTS W. Scooter Slade,
 2  Supervisory Security Specialist, for the position of Classified
 3  Information Security Officer in the above-captioned matter.  The
 4  Court FURTHER APPOINTS Jennifer H. Campbell, Daniel O. Hartenstine,
 5  Daniella M. Medel, Matthew W. Mullery, and Harry J. Rucker as
 6  Alternate Classified Information Security Officers in the above-
 7  captioned matter.
 8  IT IS SO ORDERED.
```

_____      _____
 DATE                           HONORABLE OTIS D. WRIGHT II
                                UNITED STATES DISTRICT JUDGE

Presented by:

*Chris M. Rigali*
_____
CHRISTOPHER M. RIGALI
Assistant Special Counsel