UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>ALEXANDER SMIRNOV,<br><br>            Defendant. | No. 2:24-cr-00091-ODW<br><br>ORDER DESIGNATING A CLASSIFIED INFORMATION SECURITY OFFICER AND ALTERNATE CLASSIFIED INFORMATION SECURITY OFFICERS |

   Having read and considered the Government's 18 U.S.C. App. 3, § 2 Notice and Memorandum of Points and Authorities in Support Thereof, the Court is aware that this case may involve classified information.  Federal law explicitly provides that federal courts must have security procedures for the handling of classified information.  See Classified Information Procedures Act, Pub. L. 96-456 § 9, 94 Stat. 2025 (1980).

   IT IS HEREBY ORDERED that pursuant to Paragraph 2 of the Revised Security Procedures Established Pursuant to Pub L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information, the Court HEREBY APPOINTS W. Scooter Slade, Supervisory Security Specialist, for the position of Classified Information Security Officer in the above-captioned matter.  The Court FURTHER APPOINTS Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, and Harry J. Rucker as

Alternate Classified Information Security Officers in the above-captioned matter.

IT IS SO ORDERED.

March 4, 2024
DATE

*[signature: Otis D. Wright]*

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE