# EXHIBIT A

Letter from H. George Tanaka, MD



To whom it may concern:

This letter is to certify that Mr. Alexander Smirnov is under my care for the treatment of glaucoma. Mr. Smirnov is a 43-year-old gentleman with a history of advanced open angle glaucoma in both eyes. Mr. Smirnov has undergone several surgeries to treat his glaucoma and prevent blindness; however, his intraocular pressure continues to be poorly controlled despite maximal tolerated medical therapy. Mr. Smirnov has suffered severe optic nerve damage from glaucoma and as a result has marked constriction of his peripheral vision in both eyes. (see enclosed visual field tests) In spite of multiple surgeries in both eyes Mr. Smirnov's intraocular pressure is under poor control, even with maximal tolerated medical therapy. Therefore, Mr. Smirnov requires additional glaucoma surgery to lower his intraocular pressure and prevent irreversible blindness from glaucoma.

I have scheduled Mr. Smirnov to have glaucoma surgery in his right eye on March 27, 2024, at Eye Surgery Center of San Francisco, San Francisco, California, located at 1160 Post Street, San Francisco, California. The surgery will be performed at 7:00 AM and he will be required to report to this facility at 6:00 AM for pre-operative registration and preparation. This surgery is an outpatient procedure done under local anesthesia and does not require an overnight hospital stay. As this surgery entails some risks, (surgical failure, infection, bleeding, need for re-operation, loss of vision) Mr. Smirnov will require weekly post-operative visits after his surgery to monitor his healing and manage any potential post-operative complications. These postoperative visits should be performed by a fellowship-trained glaucoma specialist such as myself in a properly equipped ophthalmic outpatient clinic.

In addition, Mr. Smirnov requires daily application of glaucoma eyedrop medication to control his intraocular pressure until he undergoes his surgery on March 27. He will also require daily application of post-operative eyedrop medications to prevent infection and encourage proper healing of his operated eye.

I hope this information is useful to you in allowing the necessary arrangements for Mr. Smirnov to have his medically indicated glaucoma surgery on March 27, 2024, in San Francisco. Please contact me if you have any questions regarding this surgery or Mr. Smirnov's glaucoma condition.

Sincerely,

H. George Tanaka, M.D.

Co-Director, Glaucoma Service
Department of Ophthalmology
California Pacific Medical Center
San Francisco, California

711 Van Ness Avenue, Suite 330, San Francisco, CA 94102     (415) 771-4020   FAX (415) 771-4095
491 30th Street, Suite 103, Oakland, CA  94609     (510) 763-9775   FAX (510) 763-1501