# EXHIBIT B

# CURRICULUM VITAE
## H. George Tanaka, MD

# CURRICULUM VITAE

## H. George Tanaka, MD

**OFFICE ADDRESSES:**

711 Van Ness Avenue, Suite 330
San Francisco, California 94102
Phone (415) 771-4020

491 30th Street, Suite 103
Oakland, California 94609
Phone (510) 763-9775

**EDUCATION AND TRAINING**

| | |
|---|---|
| 2022 | Physician CEO Program<br>Kellogg School of Management<br>Northwestern University<br>Evanston, Illinois |
| 1997 - 1998 | Northwestern University - Fellow<br>Glaucoma Service, Department of Ophthalmology<br>Chicago, Illinois |
| 1993 - 1996 | California Pacific Medical Center - Resident<br>Department of Ophthalmology<br>San Francisco, California |
| 1992 - 1993 | Harvard Medical School - Intern<br>Mount Auburn Hospital<br>Department of Medicine<br>Cambridge, Massachusetts |
| 1986 - 1992 | Harvard Medical School<br>Boston, Massachusetts<br>M.D., Harvard Medical School - Massachusetts Institute of Technology<br>Division of Health Sciences and Technology<br>Thesis: "Phosphorus-31 nuclear magnetic resonance spectroscopy of mannose metabolism in the diabetic rat lens" |
| 1982 - 1986 | Princeton University<br>Princeton, New Jersey<br>Bachelor of Science in Engineering<br>Electrical Engineering and Computer Science<br>Thesis: "A Microprocessor-based Distance Estimation System for the Blind" |

**EMPLOYMENT**

1/2024 – present   TanakaVision™, San Francisco, California.
                   Concierge glaucoma practice.

8/2004 - present   H. George Tanaka, MD, A Professional Corporation
                   San Francisco, California and Oakland, California.
                   Glaucoma consultation and anterior segment surgery.

5/2019 - 8/2020    Vold Vision, LLC
                   Fayetteville, Arkansas and Bentonville, Arkansas
                   Glaucoma consultation and anterior segment surgery.

8/1998 - 8/2004    Pacific Eye Associates, San Francisco, California.
                   Glaucoma consultation and anterior segment surgery.

**LICENSURE**

1994 - present     Medical Board of California
2018 - 2020        Arkansas State Medical Board

**CERTIFICATION**

1999               American Board of Ophthalmology
2007               Re-certification, American Board of Ophthalmology
2019               Re-certification, American Board of Ophthalmology

**FACULTY APPOINTMENTS**

2018 - present     Co-Director, Glaucoma Service, California Pacific Medical Center
                   San Francisco, California
1998 - present     Clinical Faculty, California Pacific Medical Center
                   San Francisco, California

**HOSPITAL AND STAFF PRIVELEGES**

California Pacific Medical Center, San Francisco, California
Alta Bates Medical Center, Berkeley, California

**AMBULATORY SURGERY CENTER PRIVELEGES**

Eye Surgery Center of San Francisco, San Francisco, California
Pacific Vision Surgery Center, San Francisco, California
EyeMD Laser and Surgery Center, Oakland, California

**HONORS AND AWARDS**

2017               American Academy of Ophthalmology
                   Achievement Award

2017               Clinical Faculty Teaching Award
                   California Pacific Medical Center

2014               Clinical Faculty Teaching Award
                   California Pacific Medical Center

| | |
|---|---|
| 2008 | Clinical Faculty Teaching Award<br>California Pacific Medical Center |
| 2002 | Clinical Faculty Teaching Award<br>California Pacific Medical Center |
| 1999 | Clinical Faculty Teaching Award<br>California Pacific Medical Center |
| 1995 | Erdbrink Resident Research Award<br>California Pacific Medical Center |
| 1989 | Fight for Sight Student Fellowship Award<br>National Society to Prevent Blindness |
| 1986 | Graduation with High Honors, Princeton University |
| 1985 | Tau Beta Pi National Engineering Society, Princeton University |

**PROFESSIONAL ORGANIZATIONS**

Associate Examiner, American Board of Ophthalmology
Active Member, American Glaucoma Society
Fellow, American Academy of Ophthalmology

**PRIOR COMMITTEE APPOINTMENTS**

| | |
|---|---|
| 1989 | Young Ophthalmologists Committee, American Academy of Ophthalmology |
| 1990 | Information Technology Task Force, American Academy of Ophthalmology |
| 2018 - present | Eye Services Committee, Hospital de la Familia Foundation Board |

**TEACHING EXPERIENCE**

| | |
|---|---|
| 2020 - present | Co-Director, Glaucoma Service, California Pacific Medical Center |
| 1998 - present | Clinical Faculty, California Pacific Medical Center |
| 2001 - 2018 | Clinical Faculty, Alameda County Medical Center |

**RESEARCH EXPERIENCE**

| | |
|---|---|
| 1988 - 1990 | Research Assistant, Howe Laboratory of Ophthalmology,<br>Massachusetts Eye and Ear Infirmary, Boston, Massachusetts |
| 1990 | Research Assistant, Department of Ophthalmology,<br>Kanazawa Medical University, Kanazawa, Japan |

**PUBLICATIONS**

1. Cheng HM, Kwong KK, Dixon S, Tanaka G, Xiong J, Moore G, Chessler DA:  Water movement in the rabbit eye.  Experimental Eye Research 52(3): 337-9, 1991.

2. Aguayo J, Tanaka G, Chang C, Asterlin A, Cheng HM:  Analysis of concurrent glucose consumption by the hexose monophosphate shunt, glycolysis, and the polyol pathway in the crystalline lens.  Experimental Eye Research 53(3): 363-6, 1991.

3. Cheng HM, Cheng FY, Tanaka GH, Xiong J, Pfleiderer B:  Manipulating rat lens glucose metabolism with exogenous substrates.  Experimental Eye Research 61(4): 479-86, 1995.

4. Tanaka GH: What we have learned from the optic neuritis treatment trial [Letter]. Ophthalmology 103(3):346-7, 1996.

5. Tanaka GH:  Corneal pachymetry: a prerequisite for applanation tonometry? [Letter] Archives of Ophthalmology 116:544-5, 1998.

6. Tanaka GH, Ruderman J:  Combined phacoemulsification and trabeculectomy versus phacoemulsification alone in patients with well-controlled glaucoma. Investigative Ophthalmology and Visual Science (suppl.), 1998

7. Tanaka GH, Rosenberg LF:  Review of *Textbook of Glaucoma* by M. Bruce Shields, in Multimedia Reviews, Survey of Ophthalmology 43(3):285-6, 1998.

8. Pekmezci M, Vo B, Lim AK, Hirabayashi DR, Tanaka GH, Weinreb RN, Lin SC: The characteristics of glaucoma in Japanese Americans. Arch Ophthalmol 127(2):167-71, 2009.

9. DeNiro E and Tanaka HG: Trabeculectomy with mitomycin for open-angle glaucoma in phakic versus pseudophakic eyes after clear corneal phacoemulsification. Poster presentation at 2014 American Glaucoma Society Annual Meeting, Washington DC.

10. Tanaka HG: Chronic angle closure: Surgical decisions – Considering LPI or lens extraction in terms of identifying who should be treated and how. Ophthalmology Times 39(17):1,11-12 September 15, 2014.

11. Sy A and Tanaka HG: Supra-Tenon capsule placement of Baerveldt glaucoma implant. Poster presentation at 2015 American Glaucoma Society Annual Meeting, Coronado, California.

12. Tanaka HG: Refractory acute angle-closure glaucoma with retinal ischemia. (Consultation section) J Cataract Refract Surg. 2016 Jan;42(1):177-8

13. Huang D and Tanaka HG: Supra-Tenons placement of a Baerveldt glaucoma drainage device in eyes with a previous infra-Tenons glaucoma drainage device. Poster presentation at 2016 American Glaucoma Society Annual Meeting, Ft. Lauderdale, Florida.

14. Tanaka HG: Managing an unstable subluxated intraocular lens with uncontrolled intraocular pressure and progressing glaucoma. (Consultation section) J Cataract Refract Surg. 2016 Jul;42(7):1103-4

15. Tanaka HG: Two-year outcomes of Supra-Tenons placement of Baerveldt glaucoma drainage devices. Poster presentation at 2017 American Glaucoma Society Annual Meeting, Coronado, California.

16. Tanaka HG: The Asymptomatic PAC Suspect: LPI or No LPI? Review of Ophthalmology 2018 Sep:44-52

17. Varma DK, Blieden LS, Durr GM, Tanaka HG: Small Eye, Big Pressure. Glaucoma Today. 2020 Jan-Feb:19-22

18. Bachrach J, Blieden LS, Chaya C, Conner I, Sarkisian SR, Seibold LK, Tanaka HG: What Does Interventional Glaucoma Mean to You? Glaucoma Today. 2020 Jan-Feb:40-43

19. Tanaka HG: Stand-alone surgery for mild to moderate glaucoma and ocular surface disease. (Consultation section) J Cataract Refract Surg. 2020 Jun;46(6):924-925

20. Radhakrishnan S, Wan J, Tran B, Thai A, Hernandez-Siman J, Chen K, Nguyen N, Pickering T, Tanaka HG, Lieberman M, Wong W, Iwach AG: Micropulse Cyclophotocoagulation: a Multicenter Study of Efficacy, Safety, and Factors Associated With Increased Risk of Complications. J Glaucoma. 2020 Dec; 29(12):1126-1131.

21. Tanaka HG: Co-Managing Patients with Glaucoma: Strategies for Success. Cataract and Refractive Surgery Today. 2020 Nov/Dec:40-48

22. Kolomeyer NN, Kim J, Flynn W, Tanaka G, Simonyi S, Walt J, Vera V, Vold S: Retrospective, Multicenter, 12-Month Evaluation of Ab-externo XEN Gel Stent Placement: Real-world Data From the EXPAND Study Group. ARVO 2021.

23. Bachrach J, Blieden LS, Chaya C, Conner I, Sarkisian SR, Seibold LK, Tanaka HG: Second Takes. When and how to proceed when further intervention is required: Second Opinion, Limited Options. Glaucoma Today. 2021 Nov-Dec:50-51

**BOOKS AND BOOK CHAPTERS**

1. Stamper RL, Tanaka GH:  Intraocular pressure: measurement, regulation, and flow relationships in *Duane's Foundations of Clinical Ophthalmology*, Vol. 1, Philadelphia, J.B. Lippincott, 1998.

2. Tanaka HG and Lin S: Digital Imaging of the Optic Nerve in *The Glaucoma Book*, New York, Springer Science Business Media, 2013.

3. Tanaka HG, Bacharach JB. Acute Angle Closure Glaucoma in *Decision Making in Ophthalmology*, First Edition. Philadelphia, Elsevier, 2023. (in press)

**ORAL PRESENTATIONS / INVITED LECTURES – SCIENTIFIC MEETINGS**

1. C-13 NMR spectroscopy of corneal endothelial bicarbonate transport.
1989 Association for Research in Vision and Ophthalmology Annual Meeting, Sarasota, Florida.

2. Enhancement of corneal hexose monophosphate shunt activity by epidermal growth factor demonstrated by deuterium NMR spectroscopy. 1991 Association for Research in Vision and Ophthalmology Annual Meeting, Sarasota, Florida.

3. Evaluating Practice Opportunities.  Young Ophthalmologists Symposium, 1998 American Academy of Ophthalmology Annual Meeting, New Orleans, Louisiana.

4. Pitfalls in Finding a First Job.  Breakfast with the Experts Roundtable Program, 1999 American Academy of Ophthalmology Annual Meeting, Orlando, Florida.

5. Transitioning into a New Practice.  Young Ophthalmologists Symposium, 1999 American Academy of Ophthalmology Annual Meeting, Orlando, Florida.

6. Buy Ins and Valuations: What's a Practice Worth? Young Ophthalmologists Symposium, 2000 American Academy of Ophthalmology Annual Meeting, Dallas, Texas.

7. Is Scanning Laser Imaging of the Optic Disc a Substitute for Stereo Disc Photography? Glaucoma Subspecialty Day: "Trials and Tribulations", American Academy of Ophthalmology Annual Meeting, November 15, 2003, Anaheim, California.

8. Re-evaluating Patient-Centered Glaucoma Surgery: Trabeculectomy. Glaucoma Day, American Society of Cataract and Refractive Surgery. April 19, 2013. San Francisco, California.

9. Surgical Management of Chronic Angle Closure: When Should I Perform Lens Extraction Alone? American Glaucoma Society 24th Annual Meeting Surgery Day. February 27, 2014. Washington DC.

10. Surgical Management of Chronic Angle Closure: When Should I Perform Lens Extraction Alone?  Glaucoma Day, American Society of Cataract and Refractive Surgery. April 25, 2014. Boston, MA.

11. Can Cataract Extraction Be Performed as a Primary Glaucoma Procedure for PACG? Symposium: Controversies in Cataract and Glaucoma, American Society of Cataract and Refractive Surgery. April 19, 2015. San Diego, California.

12. My No Erosion Tube Entry. Surgical Faceoff: Let Me Show You How To Do It Better. American Glaucoma Society 26th Annual Meeting Surgery Day. March 3, 2016. Fort Lauderdale, Florida.

13. Tube Shunt Patch Grafts: Do We Need Them? Surgical Glaucoma Spotlight: The Brave New World of Cost-Effective Glaucoma Surgery. Glaucoma Day, American Society of Cataract and Refractive Surgery. May 6, 2016. New Orleans, Louisiana.

14. Repair of a bleb leak using an internal autologous Tenons graft. Glaucoma Day, American Society of Cataract and Refractive Surgery. May 6, 2016. New Orleans, Louisiana.

15. Supra-Tenons placement of Baerveldt glaucoma drainage devices. Implantation of Glaucoma Drainage Devices Skills Transfer Course. American Academy of Ophthalmology Annual Meeting. October 16, 2016. Chicago, Illinois.

16. Clinical outcomes of supra- versus infra-Tenons placement of non-valved glaucoma drainage devices. American Society of Cataract and Refractive Surgeons. May 8, 2017. Los Angeles, California.

17. Supra-Tenons placement of Baerveldt glaucoma drainage devices. Implantation of Glaucoma Drainage Devices Skills Transfer Course. American Academy of Ophthalmology Annual Meeting. November 13, 2017. New Orleans, Louisiana.

18. Does my asymptomatic patient with PACS need an LPI? Controversies in Glaucoma Symposium. American Glaucoma Society 28th Annual Meeting. March 3, 2018. New York, New York.

19. Zen and the Art of XEN Management. Glaucoma Subspecialty Day. American Society of Cataract and Refractive Surgeons. May 3, 2019. San Diego, California.

20. Same Quadrant Supra-Tenons Tube Exchange. Implantation of Glaucoma Drainage Devices Skills Transfer Course. American Academy of Ophthalmology Annual Meeting. November 13, 2021. New Orleans, Louisiana.

21. Bleb Wars: XEN in Surgery Day – Too Many Choices! Which One Is Better?! American Glaucoma Society 32th Annual Meeting. March 3, 2022. Nashville, Tennessee.

22. Same Quadrant Supra-Tenons Tube Exchange. Implantation of Glaucoma Drainage Devices Skills Transfer Course. American Academy of Ophthalmology Annual Meeting. October 1, 2022. Chicago, Illinois.

23. Your 52-Yo Small Business Owner on Max Meds Has Slowly Progressing NTG? Do You Operate? When? In Symposium: Real World Dilemmas – "The Grey Zone" American Glaucoma Society 33rd Annual Meeting. March 3, 2023. Austin, Texas.

24. Same Quadrant Supra-Tenons Tube Exchange. Implantation of Glaucoma Drainage Devices Skills Transfer Course. American Academy of Ophthalmology Annual Meeting. November 4, 2023. San Francisco, California.

25. Surgery on the Skids – Whats My Next Move? (Moderator) Surgery Day. American Glaucoma Society 34th Annual Meeting. February 29, 2024. Huntington Beach, California.


**ORAL PRESENTATIONS / INVITED LECTURES – ACADEMIC INSTITUTIONS**

1. Fluorine-19 nuclear magnetic resonance spectroscopy of fluorinated ophthalmic drugs. 1995 Barkan Association Annual Meeting, San Francisco, California.

2. Topographic ERGs in glaucoma and ocular hypertension. 1996 Barkan Association Annual Meeting, San Francisco, California.

3. Corneal thickness in low pressure glaucoma. 1998 Annual Resident/Alumni Research Seminar, Northwestern University Medical School, Department of Ophthalmology, Chicago, Illinois.

4. Intraocular pressure: A new look at an old concept. 1999 Barkan Association Annual Meeting, San Francisco, California.

5. Angle Closure Glaucoma. Stanford University Basic Science Course 2000, Stanford University, California.

6. Angle Closure Glaucoma in Asians. 2001 Barkan Association Annual Meeting, San Francisco, California.

7. Angle Closure Glaucoma. Stanford University Basic Science Course 2001, Stanford University, California.

8. Optic Nerve Imaging in Glaucoma. Resident Lecture Series, Department of Ophthalmology, California Pacific Medical Center, May 10, 2002, San Francisco, California.

9. Negotiating Your First Employment Contract. California Pacific Medical Center Ophthalmology Resident Lecture Series, May 15, 2002, San Francisco, California.

10. Angle Closure Glaucoma and Optic Nerve Imaging in Glaucoma. Stanford University Basic Science Course 2002, Stanford University, California.

11. Angle Closure Glaucoma and Optic Nerve Imaging in Glaucoma. Henry Ford Health Care System Grand Rounds, September 20, 2002. Detroit, Michigan.

12. Angle Closure Glaucoma. Resident Lecture Series, Department of Ophthalmology, California Pacific Medical Center, October 11, 2002, San Francisco, California.

13. Angle Closure Glaucoma and Optic Nerve Imaging in Glaucoma. Stanford University Basic Science Course 2003, Stanford University, California.

14. Optic Nerve Imaging: Physics and Physiology. Stanford University Basic Science Course, July 27, 2004, Stanford University, California.

15. Cornea and Lens-related Glaucoma. Resident Lecture Series, Department of Ophthalmology, California Pacific Medical Center. May 27, 2005, San Francisco, California.

16. Optic Nerve Imaging: Physics and Physiology. Stanford University Basic Science Course, July 25, 2005, Stanford University, California.

17. Overview of the Angle Closure Glaucomas. Resident Lecture Series, Department of Ophthalmology, California Pacific Medical Center. October 27, 2006, San Francisco, California.

18. Optic Nerve Imaging: Physics and Physiology. Bay Area Ophthalmology Course, July 12, 2006, Stanford University, California.

19. Contract Analysis. California Pacific Medical Center Senior Resident Seminar, October 22, 2007, San Francisco, California.

20. Optic Nerve Imaging in Glaucoma. Bay Area Ophthalmology Course, July 14, 2008, Stanford University, California.

21. OCT workshop: Glaucoma. University of California San Francisco Department of Ophthalmology December Course, December 13, 2008, Kabuki Hotel, San Francisco, California.

22. Optic Nerve Imaging in Glaucoma: An Update.  Resident Lecture Series, Department of Ophthalmology, University of California San Francisco, April 23, 2009, UCSF Beckman Vision Center, San Francisco, California.

23. Gonioscopy Essentials, Resident Lecture Series, Department of Ophthalmology, California Pacific Medical Center. September 25, 2009, San Francisco, California.

24. Optic Nerve Imaging in Glaucoma. Bay Area Ophthalmology Course, July 12, 2010, Stanford University, California.

25. What's New in Optic Nerve Imaging. Ophthalmology Update. Department of Ophthalmology, University of California San Francisco. December 3, 2010. Fairmont Hotel, San Francisco, California.

26. Optic Nerve Imaging in Glaucoma. Bay Area Ophthalmology Course, July 20, 2011, Stanford University, California.

27. Optic Nerve Imaging in Glaucoma. California Pacific Medical Center, Department of Ophthalmology, Ophthalmic Diagnostic Center. December 3, 2011. San Francisco, California.

28. Aqueous Drainage Devices. Resident Lecture Series, Department of Ophthalmology, California Pacific Medical Center. January 20, 2012. San Francisco, California.

29. Aqueous Drainage Devices. Stanford University School of Medicine, Department of Ophthalmology Resident Lecture Series. February 14, 2012. Stanford, California.

30. OCT in Glaucoma. California Pacific Medical Center, Department of Ophthalmology, Ophthalmic Diagnostic Center. June 2, 2012. San Francisco, California.

31. Optic Nerve Imaging in Glaucoma. Bay Area Ophthalmology Course, July 16, 2012, Stanford University, California.

32. Optic Nerve Imaging in Glaucoma. Bay Area Ophthalmology Course, July 24, 2013, Stanford University, California.

33. Angle closure glaucoma laser and treatment. Resident Lecture Series, Department of Ophthalmology, University of California San Francisco, April 3, 2014. UCSF Beckman Vision Center, San Francisco, California.

34. Aqueous Drainage Devices. Resident Lecture Series, Department of Ophthalmology, California Pacific Medical Center, April 18, 2014. San Francisco, California.

35. Optic Nerve Imaging in Glaucoma. Bay Area Ophthalmology Course, July 23, 2014, Stanford University, California.

36. Cataract Surgery in the Glaucoma Patient. Resident Lecture Series, Department of Ophthalmology, California Pacific Medical Center, January 23, 2015. San Francisco, California.

37. Tube Exposure Following Scleral Flap versus Patch Graft Technique for Glaucoma Surgery. Presented by Rachelle Rebong, MD. 29th Barkan Day Resident Research Symposium, California Pacific Medical Center, Department of Ophthalmology, Pacific Vision Foundation, San Francisco, California. June 13, 2015.

38. Supra-Tenon Capsule Placement of Baerveldt Implant. Presented by Aileen Sy, MD. 29th Barkan Day Resident Research Symposium, California Pacific Medical Center, Department of Ophthalmology, Pacific Vision Foundation, San Francisco, California. June 13, 2015.

39. Supra-Tenons Placement of a Baerveldt Glaucoma Drainage Device in Eyes with Previous Glaucoma Drainage Device Placement. Presented by Derek Huang, MD. 29th Barkan Day Resident Research Symposium, California Pacific Medical Center, Department of Ophthalmology, Pacific Vision Foundation, San Francisco, California. June 13, 2015.

40. New Concepts in Angle Closure Glaucoma. Resident Lecture Series, Department of Ophthalmology, California Pacific Medical Center, August 28, 2015. San Francisco, California.

41. Patients' and health professionals' perceptions of the ophthalmic patient experience: motives, barriers and expectations. (Discussion) Presented by Derek Huang, MD. 30th Barkan Day Resident Research Symposium, California Pacific Medical Center, Department of Ophthalmology, Pacific Vision Foundation, San Francisco, California. June 11, 2016.

42. What's new in glaucoma surgery: Minimally Invasive Glaucoma Surgery (MIGS). California Pacific Medical Center Department of Ophthalmology Glaucoma Grand Rounds. May 15, 2017. San Francisco, California.

43. MIGS-Mania: We need a better glaucoma surgery – are we there yet? Resident Lecture Series, Department of Ophthalmology, California Pacific Medical Center. January 18, 2019. San Francisco, California.

44. LiGHT, ZAP, PTVT: Recent clinical trials in glaucoma. Resident Lecture Series, Department of Ophthalmology, California Pacific Medical Center, April 1, 2019. San Francisco, California.

45. Which MIGS for Which Patient? UCSF Glaucoma Update 2019 in the Sonoma Wine Country, Department of Ophthalmology, University of San Francisco School of Medicine. September 14, 2019. Rohnert Park, California.

**ORAL PRESENTATIONS / INVITED LECTURES – PROFESSIONAL SOCIETIES**

1. Pigment dispersion and pigmentary glaucoma. 1997 Glaucoma Update, Concord Hilton Hotel, Concord, California.

2. A Walking Tour of Glaucoma in San Francisco. 1999 San Francisco County Optometric Society Meeting, San Francisco, California.

3. Glaucoma Essentials for the Primary Care Physician. St. Francis Hospital Noon Conference, November 21, 2000, San Francisco, California.

4. Optic Nerve Imaging in Glaucoma. San Francisco County Optometric Society Meeting, February 26, 2002, San Francisco, California.

5. Optic Nerve Imaging in Glaucoma. Ophthalmic Photographers Society Meeting, August 2, 2002, San Francisco, California.

6. Glaucoma Case Presentations and Discussion. San Francisco County Optometric Society Meeting, January 29, 2003, San Francisco, California.

7. Optic Nerve Imaging in Glaucoma. 7TH Annual Glaucoma Research and Education Group Symposium, February 8, 2003, San Francisco, California.

8. Optic Nerve Imaging in Glaucoma and Challenging Glaucoma Cases. San Mateo County Optometric Society Meeting, February 25, 2003, San Mateo, California.

9. Pachymetry in Glaucoma Management. Second Annual Basics by the Bay Current Concepts in Ophthalmology for Ophthalmic Medical Personnel, December 12, 2003, San Francisco, California.

10. Overview of the Angle Closure Glaucomas. 15 TH Annual Berkeley Practicum, University of California Berkeley School of Optometry, January 11, 2004, Berkeley, California.

11. Optic Nerve Imaging in Glaucoma. 8TH Annual Glaucoma Research and Education Group Symposium, February 7, 2004, San Francisco, California.

12. Overview of the Angle Closure Glaucomas. University of California Berkeley School of Optometry, April 2, 2004, Berkeley, California.

13. Optic Nerve Imaging in Glaucoma Update and Case Presentations. San Francisco County Optometric Society Meeting, April 21, 2003, San Francisco, California.

14. Optic Nerve Imaging in Glaucoma. Ocular Symposium, June 6, 2004, San Francisco, California.

15. Optic Nerve Imaging: Pearls and Pitfalls. East Bay Ophthalmologic Society, August 19, 2004, Lafayette, California.

16. Optic Nerve Imaging in Glaucoma. Third Annual Basics by the Bay Current Concepts in Ophthalmology for Ophthalmic Medical Personnel, December 4, 2004, San Francisco, California.

17. Optic Nerve Imaging in Glaucoma Update. 9TH Annual Glaucoma Research and Education Group Symposium, February 5, 2005, San Francisco, California.

18. Optic Nerve Imaging in Glaucoma. Ocular Symposium, June 5, 2005, San Francisco, California.

19. Interpretation of OCT in the Management of Glaucoma. East Bay Ophthalmologic Society, December 13, 2005, Walnut Creek, California.

20. Imaging Devices: Handling Conflicting Data. 10TH Annual Glaucoma Research and Education Group Symposium, February 11, 2006, San Francisco, California.

21. Update on Optic Nerve Imaging: This is Glaucoma – True or False? 18TH Annual Berkeley Practicum, University of California Berkeley School of Optometry, January 7, 2007, Berkeley, California.

22. Imaging Devices: Handling Conflicting Data. 11TH Annual Glaucoma Research and Education Group Symposium, February 3, 2007, San Francisco, California.

23. Optic Nerve Imaging in Glaucoma: An Update.  12TH Annual Glaucoma Research and Education Group Symposium, February 9, 2008, San Francisco, California. Also on Audio Digest Ophthalmology Vol. 46, Issue 09, Track 1.

24. New Optic Nerve Imaging Technology in Glaucoma. Ocular Symposium: Pearls in Ocular Diagnosis, June 8, 2008, San Francisco, California.

25. Angle closure glaucoma mechanisms: A simplified approach. Alameda and Contra Costa County Optometric Society, June 17, 2008, Berkeley, California.

26. Asian Angle Closure Glaucoma.  14TH Annual Glaucoma Research and Education Group Symposium, February 7, 2009, San Francisco, California. Also on Audio Digest Ophthalmology Vol. 47, Issue 09, Track 2.

27. New Concepts in Asian Angle Closure.  Ocular Symposium, Pearls in Ocular Diagnosis. June 7, 2009, San Francisco, California. Also on Audio Digest Ophthalmology Vol. 47, Issue 09, Track 2.

28. Optic Nerve Imaging in Glaucoma (OCT): JCAHPO/ATOP 2009 Annual Meeting, October 23, 2009, San Francisco, California.

29. Angle Closure Glaucoma: New Approaches and Insights. San Francisco Optometric Society, September 28, 2010. San Francisco, California.

30. Case Presentations in Glaucoma. Joint Commission on Allied Health Personnel in Ophthalmology (JCAHPO) Annual Continuing Education Program. October 18, 2010. Chicago, Illinois.

31. What's New in Glaucoma Surgery. Alameda Contra Costa County Optometric Society. April 10, 2012. Walnut Creek, California.

32. What's New in Glaucoma Surgery.  University of California School of Optometry 24th Annual Berkeley Practicum. January 13, 2013. Berkeley, California.

33. What's New in Glaucoma Surgery? Technician and Nurses Program. Joint Commission on Allied Health Personnel in Ophthalmology. April 21, 2013. San Francisco, California.

34. What's New in Glaucoma Surgery? Ocular Symposium. June 7, 2013. San Francisco, California.

35. What's New in Glaucoma Surgery? Ocular Symposium. May 31, 2014. San Francisco, California.

36. What's New in Glaucoma Surgery? 13th Annual Current Clinical Concepts in Ophthalmology, California Pacific Medical Center, Ophthalmic Diagnostic Center. November 1, 2014. San Francisco, California.

37. What's New in Glaucoma Surgery? San Francisco Optometric Society. November 5, 2014. San Francisco, California.

38. What's New in Glaucoma Surgery? Milwaukee Ophthalmological Society. April 16, 2015. Milwaukee, Wisconsin.

39. New Concepts in Angle Closure Glaucoma. 4th Annual Vold Vision Innovation and Education Fall Symposium. September 18, 2015. Fayetteville, Arkansas.

40. Optic Nerve Imaging in Glaucoma. 4th Annual Vold Vision Innovation and Education Fall Symposium. September 18, 2015. Fayetteville, Arkansas.

41. The Tube Talk: Everything You've Always Wanted to Know About Glaucoma Drainage Devices. Joint Commission on Allied Health Personnel in Ophthalmology 43rd Annual Continuing Education Program. November 16, 2015. Las Vegas, Nevada.

42. The Tube Talk: Everything You've Always Wanted to Know About Glaucoma Drainage Devices. Joint Commission on Allied Health Personnel in Ophthalmology 44th Annual Continuing Education Program. October 15, 2016. Chicago, Illinois.

43. Can Cataract Surgery Be Performed as a Primary Procedure for Angle Closure? Glaucoma Subspecialty Session. Joint Commission on Allied Health Personnel in Ophthalmology 44th Annual Continuing Education Program. October 16, 2016. Chicago, Illinois.

44. Can Cataract Extraction Be Performed as a Primary Glaucoma Procedure for PACG? San Francisco County Optometric Society Meeting. October 25, 2016. San Francisco, California.

45. The Tube Talk: Everything You've Always Wanted to Know About Glaucoma Drainage Devices. Joint Commission on Allied Health Personnel in Ophthalmology Continuing Education Program. August 5, 2017. San Francisco, California.

46. The Tube Talk: Everything You've Always Wanted to Know About Glaucoma Drainage Devices. Joint Commission on Allied Health Personnel in Ophthalmology 45th Annual Continuing Education Program. November 11, 2017. New Orleans, Louisiana.

47. What's new in glaucoma surgery: Minimally Invasive Glaucoma Surgery (MIGS). InVision Optometric Symposium. January 28, 2018. San Francisco, California.

48. Is Laser Iridotomy Dead? New Insights in Angle Closure. Vold Vision Spring Symposium. May 10, 2019. Fayetteville, Arkansas.

49. Which MIGS for Which Patient? Western Arkansas Vision Education Foundation. September 19, 2019. Fort Smith, Arkansas.

50. Initial Glaucoma Surgery: Who's on First? Western Arkansas Vision Education Foundation. September 19, 2019. Fort Smith, Arkansas.

51. Everything You Wanted To Know About Tubes. Vold Vision Fall Symposium. September 20, 2019. Bentonville, Arkansas.

52. MIGS Interactive Case Presentation. First Interventional Glaucoma Congress. October 5, 2019. New York, New York.

53. Everything You Wanted To Know About Tubes. Vold Vision Fall Symposium. September 20, 2019. Bentonville, Arkansas.

54. Canal Wars: A MIGS Update. Georgia Society of Ophthalmology Annual Meeting. July 16, 2022. Sea Island, Georgia.

55. Bleb Wars: A MIBS Update. Georgia Society of Ophthalmology Annual Meeting. July 17, 2022. Sea Island, Georgia.

56. Canal Wars and Bleb Wars: A MIGS/MIBS Update. New Mexico Academy of Ophthalmology Annual Meeting. September 10, 2022. Albuquerque, New Mexico.

**ORAL PRESENTATIONS / INVITED LECTURES – INTERNATIONAL MEETINGS**

1. New Concepts in Angle Closure Glaucoma. Glaucoma Symposium: Innovations in medical diagnosis and treatment. 37th National and International Congress of the Colombian Society of Ophthalmology. August 24, 2016. Cartagena, Colombia.

2. Can cataract surgery be performed as a primary procedure in angle closure glaucoma? Glaucoma Symposium: Innovations in medical diagnosis and treatment. 37th National and International Congress of the Colombian Society of Ophthalmology. August 24, 2016. Cartagena, Colombia.

3. Rethinking tube shunts – New surgical concepts. Glaucoma Course: Surgical decisions and difficult cases. 37th National and International Congress of the Colombian Society of Ophthalmology. August 24, 2016. Cartagena, Colombia.

4. Tube exchange – One tube is better than two. Glaucoma Course: Surgical decisions and difficult cases. 37th National and International Congress of the Colombian Society of Ophthalmology. August 24, 2016. Cartagena, Colombia.

5. Surgical management of bleb leaks. Glaucoma Symposium: New horizons in glaucoma. 37th National and International Congress of the Colombian Society of Ophthalmology. August 25, 2016. Cartagena, Colombia.

6. What I am doing differently now in glaucoma surgery. Glaucoma Symposium: New horizons in glaucoma. 37th National and International Congress of the Colombian Society of Ophthalmology. August 25, 2016. Cartagena, Colombia.

7. Surgical management of bleb leaks. Surgical challenges. 8th Annual Central American and Caribbean Glaucoma Congress. March 16, 2017. Panama City, Panama.

8. Ab Interno Canaloplasty. Minimally Invasive Glaucoma Surgery Conference. 8th Annual Central American and Caribbean Glaucoma Congress. March 17, 2017. Panama City, Panama.

9. New Concepts in Angle Closure Glaucoma. Angle Closure. 8th Annual Central American and Caribbean Glaucoma Congress. March 17, 2017. Panama City, Panama.

10. Can cataract surgery be performed as a primary procedure in angle closure glaucoma? Angle Closure. 8th Annual Central American and Caribbean Glaucoma Congress. March 17, 2017. Panama City, Panama.

11. Rethinking tube shunts – New surgical concepts. Drainage Implants. 8th Annual Central American and Caribbean Glaucoma Congress. March 17, 2017. Panama City, Panama.

12. Tube exchange – One tube is better than two. Drainage Implants. 8th Annual Central American and Caribbean Glaucoma Congress. March 17, 2017. Panama City, Panama.

13. Ab interno canaloplasty. Ellex. Asia-Pacific Association of Cataract and Refractive Surgeons. May 31, 2017. Hangzhou, China.

14. Laser Floater Removal. Ellex. Asia-Pacific Association of Cataract and Refractive Surgeons. May 31, 2017. Hangzhou, China.

**ORAL PRESENTATIONS / INVITED LECTURES – COMMUNITY ORGANIZATIONS**

1. Problems in the Aging Eye. Nikkei Seniors Group, May 14, 2004, San Francisco, California.

2. Angle Closure Glaucoma in the Asian Eye: Mechanisms. January 23, 2008, San Francisco, California.

3. Vision Problems in Older Eyes. San Francisco Public Library. June 7, 2018. San Francisco, California.

**ORAL PRESENTATIONS / INVITED LECTURES – INDUSTRY-SPONSORED MEETINGS**

1. Controversies in Glaucoma. Alcon. October 8, 2003, Woodside, California.

2. Cataract Surgery in the Glaucoma Patient. Alcon. Innovations in Cataract Surgery, September 17, 2005, Oakland, California.

3. Case Studies in Glaucoma. Pfizer. October 10, 2007, Santa Rosa, California.

4. Epidemiology, classification, mechanisms, and treatment of angle closure glaucoma in Asians. Pfizer. June 19, 2008, Honolulu, Hawaii.

5. Asian Angle Closure Glaucoma: New Insights.  Med EDirect. (Alcon) May 6, 2009, Santa Rosa, California.

6. Case Studies in Glaucoma. Pfizer. August 18, 2010. San Jose, California.

7. Perspectives in the Management of Elevated Intraocular Pressure. Merck. March 27, 2012. San Francisco, California.

8. Canaloplasty: My First 50 Cases. iScience Interventional. April 3, 2012. Oakland, California.

9. Perspectives in the Management of Elevated Intraocular Pressure. Merck. April 25, 2012. Walnut Creek, California.

10. Perspectives in the Management of Elevated Intraocular Pressure. Merck. May 31, 2012, 2012. Eugene, Oregon.

11. IOP Lowering: Options for Starting or Replacing Therapy. Allergan. June 6, 2012. San Francisco, California.

12. Perspectives in the Management of Elevated Intraocular Pressure. Merck. June 14, 2012. Los Gatos, California.

13. A Case-Based Approach to Managing Intraocular Pressure. Merck. August 23, 2012. San Francisco, California.

14. Canaloplasty: My first 75 Cases. Kaiser Permanente. September 7, 2012. Berkeley, California.

15. Intraocular Pressure: Rethinking the role of IOP in the diagnosis and management of open-angle glaucoma. Alcon. September 12, 2012. San Francisco, California.

16. Considerations in the Management of elevated IOP. Allergan. October 4, 2012. Palo Alto, California.

17. Considerations in the Management of elevated IOP. Allergan. October 11, 2012. Reno, NV.

18. A Case-Based Approach to Managing Intraocular Pressure. Merck. October 18, 2012. Seattle, WA.

19. A Case-Based Approach to Managing Intraocular Pressure. Merck. October 25, 2012. Cupertino, California.

20. What's New in Glaucoma Surgery. Senior Training Seminar. Allergan. February 27, 2013. Irvine, California.

21. A Case-Based Approach to Managing Intraocular Pressure. Merck. March 7, 2013. Emeryville, California.

22. A Case-Based Approach to Managing Intraocular Pressure. Merck. April 17, 2013. Capitola, California.

23. A Case-Based Approach to Managing Intraocular Pressure. Merck. April 18, 2013. San Francisco, California.

24. Simbrinza™ Suspension for the Treatment of Elevated Intraocular Pressure. Alcon. June 25, 2013. Oakland, California.

25. Simbrinza™ Suspension for the Treatment of Elevated Intraocular Pressure. Alcon. June 27, 2013. Redwood City, California.

26. FORGE III: Detecting and Managing Glaucoma Progression. Allergan. October 2, 2013. San Francisco, California.

27. FORGE III: Detecting and Managing Glaucoma Progression. Allergan. November 13, 2013. San Mateo, California.

28. Simbrinza™ Suspension for the Treatment of Elevated Intraocular Pressure. Alcon. March 27, 2014. San Francisco, California.

29. Evaluating a Next Step Adjunctive Option. Allergan. June 19, 2014. Palo Alto, California.

30. Simbrinza™ Suspension for the Treatment of Elevated Intraocular Pressure. Alcon. August 13, 2014. San Francisco, California.

31. Treatment Possibilities for the Treatment of Elevated IOP. Alcon. August 13, 2014. San Jose, California.

32. Treatment Possibilities for the Treatment of Elevated IOP. Alcon. September 25, 2014. Palo Alto, California.

33. Treatment Possibilities for the Treatment of Elevated IOP. Alcon. November 6, 2014. Santa Rosa, California.

34. Evaluating a Next Step Adjunctive Option. Allergan. November 19, 2014. San Francisco, California.

35. Smallest human implant could help fight blindness. CNET News Video. http://www.cnet.com/videos/smallest-human-implant-could-help-fight-blindness/ January 13, 2015.

36. Cataract Surgery in the Glaucoma Patient. Glaukos. March 12,2015. Baton Rouge, Louisiana.

37. Building a Strong Treatment Plan in IOP Management. Allergan. April 22, 2015. Palo Alto, California.

38. Tube shunt patch grafts and their alternatives. EyeWorld Magazine Video Update. May 6, 2016. New Orleans, Louisiana.

39. XEN Panel Discussion. Allergan. January 23, 2018. San Diego, California.

40. XEN Regional Dinner. Allergan. February 28, 2018. New York, New York.

41. Vyzulta Clinical Overview. Bausch and Lomb. February 15, 2018. San Francisco, California.

42. Vyzulta Clinical Overview. Bausch and Lomb. March 29, 2018. Honolulu, Hawaii.

43. XEN: A minimally invasive approach to IOP control. Allergan. April 19, 2018. Seattle, Washington.

44. Strategically Utilizing MIGS. Glaukos. May 9, 2018. Woodland Hills, California.

45. Strategically Utilizing MIGS. Glaukos. May 10, 2018. La Jolla, California.

46. VISIONaerie™ Science: Rhopressa. Aerie. July 12, 2018. Monterey, California.

47. Early User Experience with the XEN Gel Stent. Allergan. August 1, 2018. Los Angeles, California.

48. Early User Experience with the XEN Gel Stent. Allergan. September 27, 2018. Los Angeles, California.

49. VISIONaerie™ Science: Rhopressa. Aerie. October 4, 2018. Santa Rosa, California.

50. XEN Panel Discussion. Allergan. October 11, 2018. Dallas, Texas.

51. VISIONaerie™ Science: Rhopressa. Aerie. October 18, 2018. Santa Cruz, California.

52. Vyzulta Clinical Overview. Bausch and Lomb. December 10, 2018. San Francisco, California.

53. VISIONaerie™ Science: Rock Solid Results. Aerie. June 13, 2019. Santa Cruz, California.

54. OMNI™ Surgical System. Sight Sciences. June 27, 2019. Napa, California.

55. VISIONaerie™ Science: Rock Solid Results. Aerie. July 10, 2019. Mesa, Arizona.

56. Early User Experience with the XEN Gel Stent. Allergan. July 11, 2019. Kansas City, Missouri.

57. Early User Experience with the XEN Gel Stent. Allergan. September 10, 2019. Austin, Texas.

58. VISIONaerie™ Science: Rock Solid Results. Aerie. September 17, 2019. Westlake Village, California.

59. Early User Experience with the XEN Gel Stent. Allergan. October 12, 2019. San Francisco, California.

60. VISIONaerie™ Science: Rock Solid Results. Aerie. November 14, 2019. Fayetteville, Arkansas.

61. VISIONaerie™ Science: Rock Solid Results. Aerie. November 25, 2019. Fresno, California.

62. VISIONaerie™ Science: Power and Simplicity of ROCK Inhibition (Webinar). Aerie. October 1, 2020. Oakland, California.

63. Next Level XEN : Pearls for Success. Allergan/Abbvie. May 29, 2021. San Francisco, California.

64. DURYSTA™: The Difference of Intracameral Delivery. Allergan/Abbvie. June 16, 2021. Yountville, California.

65. VISIONaerie™ Science: Managing Glaucoma with Novel Netarsudil. Aerie. June 30, 2021. Oakland, California.

66. DURYSTA™: The Difference of Intracameral Delivery. Allergan/Abbvie. September 13, 2021. Walnut Creek, California.

67. VISIONaerie™ Science: Managing Glaucoma with Novel Netarsudil. Aerie. September 16, 2021. Monterey, California.

68. VISIONaerie™ Science: Managing Glaucoma with Novel Netarsudil. Aerie. September 23, 2021. Cupertino, California.

69. The OMNI Surgical System. SightSciences. October 5, 2021. Ogden, UT.

70. DURYSTA™: The Difference of Intracameral Delivery. Allergan/Abbvie. March 30, 2022. Berkeley, California.

71. DURYSTA® NOW – Innovation for Impact. Allergan/Abbvie. April 19, 2022. Honolulu, Hawaii.

72. DURYSTA® NOW – Innovation for Impact. Allergan/Abbvie. June 1, 2022. Branson, Missouri.

73. DURYSTA® NOW – Innovation for Impact. Allergan/Abbvie. June 6, 2022. Evansville, Indiana.

74. Incorporating XEN® Gel Stent Into Your Practice. Allergan/Abbvie. June 22, 2021. Lone Tree, Colorado.

75. XEN® Gel Stent: Experience-Based Surgical Perspectives. Allergan/Abbvie. October 4, 2021. Eugene, Oregon.

76. XEN® Gel Stent: Experience-Based Surgical Perspectives. Allergan/Abbvie. May 2, 2023. Honolulu, Hawaii.

77. XEN® Gel Stent: Experience-Based Surgical Perspectives. Allergan/Abbvie. May 16, 2023. Lafayette, California.

78. iTrack™ Advance Speaker Forum. Nova Eye Medical. May 7, 2023. San Diego, California.

79. Drops of Knowledge. Alcon. September 6, 2023. Tuscon, Arizona.

80. Drops of Knowledge. Alcon. September 7, 2023. San Francisco, California.

81. Drops of Knowledge. Alcon. September 22, 2023. Spokane, Washington.

82. Drops of Knowledge. (Webcast) Alcon. October 4, 2023. San Jose, California.

83. Discussion Panel: Fostering Innovation Between Physicians and Industry. Interventional Glaucoma Congress. October 7, 2024. Salt Lake City, Utah.

84. DURYSTA® NOW – Innovation for Impact. Allergan/Abbvie. October 25, 2023. Walnut Creek, California.

85. Exploring Evidence for Refractory Glaucoma Patients. Allergan/Abbvie. March 6, 2024. Chico, California.

# HUMANITARIAN MISSION TRIPS

Gansu Province, China. June 19-21, 2011

Hospital de la Familia, Nuevo Progresso, Guatemala. August 4-11, 2012.

Hospital de la Familia, Nuevo Progresso, Guatemala. November 3-10, 2012.

Hospital de la Familia, Nuevo Progresso, Guatemala. May 22-29, 2015.

Laoag City, Ilocos Norte, Philippines. January 19-22, 2016.

Hospital de la Familia, Nuevo Progresso, Guatemala. May 24-31, 2017.

Hospital de la Familia, Nuevo Progresso, Guatemala. May 18-28, 2018.

Hospital de la Familia, Nuevo Progresso, Guatemala. December 16-23, 2018.

Hospital de la Familia, Nuevo Progresso, Guatemala. October 19-30, 2019.

Hospital de la Familia, Nuevo Progresso, Guatemala. October 21-31, 2022.

**SURGICAL PROCEDURES PERFORMED – CATARACT**

Light adjustable intraocular lens implants (RxSight)
Sutureless dropless clear cornea phacoemulsification with foldable intraocular lens implant
Intraocular lens exchange
Secondary intraocular lens implantation with scleral fixation
YAG laser capsulotomy

**SURGICAL PROCEDURES PERFORMED – GLAUCOMA**

Deep sclerectomy with mitomycin C with YAG laser goniopuncture
Trabeculectomy with mitomycin C with laser suture lysis
Bleb needling (in OR and at slit lamp)
Glaucoma drainage device (GDD) implantation, revision, and removal
  Ahmed FP7 (New World Medical)
  Baerveldt 250 mm$^2$, 350 mm$^2$ (Johnson & Johnson)
  Molteno 3 (Molteno Ophthalmic Limited)
  Clear Path 250 mm$^2$, 350 mm$^2$ (New World Medical)
Trans-scleral diode laser cyclophotocoagulation (TSCPC)
  Continuous wave – G probe
  Micropulse – MP3 Rev2 probe
Selective Laser Trabeculoplasty (SLT)
Laser peripheral Iridotomy (LPI)
Laser iridoplasty
Same-quadrant supra-Tenons glaucoma drainage device exchange (inventor)
Combined XEN gel stent (Allergan/Abbvie) and supra-Tenons Clear Path 250 mm$^2$ (New World Medical) GDD (inventor)

**MINIMALLY INVASIVE GLAUCOMA SURGERY (MIGS)**

Durysta sustained release bimatoprost implant (Allergan/Abbvie)
iStent Trabecular Bypass G1 (Glaukos)
iStent Inject W Trabecular Bypass (Glaukos)
iStent Infinite (Glaukos)
Hydrus microstent (Ivantis)
Cypass (Alcon) (withdrawn from market)
XEN gel stent (Allergan/Abbvie)
  Ab interno approach
  Ab externo closed conjunctival approach
  Ab externo open conjunctival approach
Kahook Dual Blade / Glide (New World Medical)
Ab externo Canaloplasty (NovaEye Medical)
Ab interno Canaloplasty (ABiC) with iTrack Advance (Nova Eye Medical)
Gonioscopy-assisted transluminal trabeculectomy (GATT)
OMNI combined viscodilation and trabeculotomy (Sight Sciences)
Streamline goniotomy/viscodilation (New World Medical)
iAccess micro-goniotomy (Glaukos)
iPrime goniotomy/viscodilation (Glaukos)
SION goniotomy (SightSciences)