1

2

3

4

5

6

7    UNITED STATES DISTRICT COURT

8    CENTRAL DISTRICT OF CALIFORNIA
     * * * *

9    UNITED STATES OF AMERICA,      )

10                                   )
              Plaintiff,             )

11                                   )    CASE NO. 2:24-CR-00091-ODW
                                     )
12   v.                              )
                                     )
13   ALEXANDER SMIRNOV,              )
                                     )
14                                   )
              Defendant,             )    [PROPOSED] ORDER
15   _____)

16        Upon reviewing Defendant's Emergency *Ex Parte* Motion for Medical

17

18   Furlough for the Next 30 Days pursuant to 18 U.S.C. § 3142(i), and with good

19

20   cause appearing, said Motion is GRANTED.

21   ///

22

23

24

25

26

27

28

THE COURT HEREBY ORDERS that Defendant shall be released from custody and permitted to travel to San Francisco, California, for eye surgery on March 27, 2024, with H. George Tanaka, MD, and to attend all medically required post-operative care through April 26, 2024.

IT IS SO ORDERED.

Dated:

_____
Honorable Otis D. Wright II
United States District Judge