# Exhibit 1



| | | |
|---|---|---|
| **MAYOR**<br>    Valerie Amezcua<br>**MAYOR PRO TEM**<br>    Thai Viet Phan<br>**COUNCILMEMBERS**<br>    Phil Bacerra<br>    Johnathan Ryan Hernandez<br>    Jessie Lopez<br>    David Penaloza<br>    Benjamin Vazquez | **CITY OF SANTA ANA**<br>**POLICE DEPARTMENT**<br>60 Civic Center Plaza ● P.O. Box 1981<br>Santa Ana, California 92702<br>www.santa-ana.org/PD | **INTERIM CITY MANAGER**<br>Tom Hatch<br>**CITY ATTORNEY**<br>Sonia R. Carvalho<br>**CITY CLERK**<br>Jennifer L. Hall |

March 11, 2024

Derek E. Hines
Senior Assistant Special Counsel
U.S. Department of Justice
CC: Kith Richard

I have been requested to provide a detailed overview of the medical process for inmates at the Santa Ana Jail, with a specific focus on inmate Smirnov.

Santa Ana Jail medical procedure:
All new intakes undergo a medical screening upon arrival. As part of the classification process, inmates receive a Santa Ana Jail inmate handbook that includes instructions on how to request medical services while in custody. The inmate acknowledges receipt of the handbook by signing a form during the classification process. Once housed, inmates have access to medical request forms and can submit them as necessary. When an inmate submits a medical request, it will be reviewed by our medical team.

The process includes the following steps:

- The medical team will assess the inmate's condition and address any immediate concerns.
- If the necessary treatment can be provided within our facility, it will be administered accordingly.
- In the event that the inmate requires specialized treatment, a USM PMR form will be filled out and submitted to the US Marshals office for approval.
- If the request is approved, our medical department will schedule an appointment with the specialist. Transportation arrangements will also be made through the US Marshals office.

SANTA ANA CITY COUNCIL

| Valerie Amezcua | Jessie Lopez | Thai Viet Phan | Benjamin Vazquez | Phil Bacerra | Johnathan Ryan Hernandez | David Penaloza |
|---|---|---|---|---|---|---|
| Mayor | Mayor Pro Tem, Ward 3 | Ward 1 | Ward 2 | Ward 4 | Ward 5 | Ward 6 |
| vamezcua@santa-ana.org | jessielopez@santa-ana.org | tphan@santa-ana.org | bvazquez@santa-ana.org | pbacerra@santa-ana.org | jryanhernandez@santa-ana.org | dpenaloza@santa-ana.org |

Inmate Smirnov was booked into the Santa Ana Jail on 02/28/2024. Since his arrival, Mr. Smirnov has submitted six medical request forms and has been evaluated by Wellpath medical staff. See attached document. His complete medical records will be forwarded in a separate email once received from Wellpath.

Should you have any questions regarding this response, kindly contact Jaime Manriquez at 714-245-8123 or email jmanriquez@santa-ana.org.

Sincerely,

Robert Rodriguez
Acting-Chief of Police

Jaime Manriquez
Jail Administrator
Santa Ana Police Department

SANTA ANA CITY COUNCIL

| Valerie Amezcua | Jessie Lopez | Thai Viet Phan | Benjamin Vazquez | Phil Bacerra | Johnathan Ryan Hernandez | David Penalo |
|---|---|---|---|---|---|---|
| Mayor | Mayor Pro Tem, Ward 3 | Ward 1 | Ward 2 | Ward 4 | Ward 5 | Ward 6 |
| vamezcua@santa-ana.org | jessielopez@santa-ana.org | tphan@santa-ana.org | bvazquez@santa-ana.org | pbacerra@santa-ana.org | jryanhernandez@santa-ana.org | dpenaloza@santa- |