# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CASE NO. 2:24-CR-00091-ODW |
| v. | ) | |
| ALEXANDER SMIRNOV, | ) | |
| Defendant, | ) | ORDER |

Upon reviewing Defendant's Emergency *Ex Parte* Motion for Reconsideration regarding request for Medical Furlough for the Next 30 Days pursuant to 18 U.S.C. § 3142(i), and having given careful reconsideration to the Court's earlier determination, said Motion is again DENIED.

IT IS SO ORDERED.

Dated: March 26, 2024

_____
Honorable Otis D. Wright II
United States District Judge