# United States District Court
# Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER SMIRNOV,<br><br>　　　　　Defendants. | Case № 2:24-cr-00091-ODW<br><br>**IN CAMERA PROCEEDINGS ON EX PARTE EMERGENCY MOTION TO BE PROVIDED WITH EYE DROPS AND FOR IMMEDIATE SURGERY, [DE-67] ESSENTIALLY A MOTION FOR RECONSIDERATION OF PRIOR MOTION FOR MEDICAL FURLOUGH OR TRANSPORT TO SAN FRANCISCO FOR EYE SURGERY** |

　　　　On March 11, 2024, Defendant filed an Emergency Ex Parte motion for medical furlough to receive eye surgery in San Francisco, and transport by the U.S. Marshal's Service to said surgery as well as any follow-up appointments. After consideration of that request as well as the government's response, the emergency motion was denied on March 13, 2024. [DE-56]

　　　　On March 25, 2024, Defendant filed another emergency ex parte application for reconsideration of the earlier denial. [DE-60.] After consideration of the request for reconsideration the motion was again denied. [DE-63, March 26.]

On May 1, 2024, the Ninth Circuit affirmed the prior Order of this Court. [DE-66.]

On May 10, 2024, Defendant filed the instant Emergency Ex Parte Application renewing the prior motion, seeking (1) Provision of Pain-Reducing Eye Drops, and (2) A Court Order Scheduling Eye Surgery Forthwith With A Government-Contracted Doctor, or For A Medical Furlough Under 19 U.S.C. § 3142(i) For Eye Surgery With Dr. H. George Tanaka. [DE-67.]

Having once again given further consideration of the earlier filings and especially noting the Declaration of Sean F. Mulryne, co-counsel for the United States, submitted in support of the government's opposition to the motion, in which counsel states that surgery has been scheduled to take place in less than two weeks, the instant motion is again **DENIED** as moot.

**IT IS SO ORDERED.**

May 15, 2024

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**