EXHIBIT 2



# official security, inc.
protective services

Chesnoff and Schonfeld
520 South Fourth Street
Las Vegas, NV. 89101

Mr. Chesnoff
    Thank you for taking my call, in reference to our Executive Protection Teams(also known as; CBP teams)

Since 1978 our company has a long standing history of providing superior customer service along with unparalleled professionalism.
    When 911 happened; it was my company that was hired by TSA formally Homeland Security to provide immediate CBP teams at every training facility throughout the US and Territories including; American Samoa, Guam and the North Mariana islands.

    At any given moment we were at 35 to 40 locations on a daily basis that we provided CBP Teams.

    We achieved our goals by hiring former Federal Agents that were able to fly to specific cities on a few hours notice.
    Furthermore, we hired Off Duty Officers from the individual cities as our On Site LEO's.
    Our job was to protect each government testing officer both on the job and at the city where the sites were located.

    To simplify our tasks for the government, we arranged for all transportation including ground and air. Additionally, we interfaced with the local airports liaison to permit our teams to ingress and egress thru specific areas.

    In today's environment we additionally provide CBP teams for the transporting of high valued assets(ie)Executives, Families, Jewelry, and Art Work.
    Prior to Official Security taking any job, I personally meet with the prospective Client and His or Her Atorney. By doing this, all of us have a working knowledge of what we can accomplish by adhering to the law.

    If by any chance the Attorney has Court documents that we need follow; we will. Our teams will not deviate from any Court travel location unless it is cleared by the Attorney.

2404 santa paula drive • las vegas, nevada 89104
(702) 369-4366 • fax: (702) 369-4369 • email: osiguards@aol.com • license #453

Of the personnel hired all have been tested for English speaking (or bilingual) and report writing. Once that has been achieved all must pass a drug test prior to hiring and are subject to random, and practiced drug testing plus alcohol screening.

Currently, our teams are former Military and LEO's. Due to the everchanging environment that our teams travel to; all must be trained and certified in Krav Maga and other self defense protection

Thanking you,

*[signature]*

Darryl Cronfeld
CEO, Licensee
May 16, 2024