UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ALEXANDER SMIRNOV,  )<br>  )<br>  Defendant,  )<br>_____ ) | CASE NO. 2:24-CR-00091-ODW<br><br>[PROPOSED] ORDER |

Upon reviewing Defendant's Motion to Reopen the Detention Hearing and to Impose New Conditions of Pretrial Release, and with good cause appearing, said Motion is GRANTED, as follows below.

The Court ORDERS that the Amended Order of Detention (ECF No. 57) be reopened; and

The Court FURTHER ORDERS that Defendant be released from custody, pursuant to the following conditions:

*[Add conditions of release.]*; and

1

The Court FURTHER ORDERS that this matter be set for a hearing on June \_\_\_\_, 2024, at \_\_\_:\_\_\_\_ a.m./p.m., in Courtroom 5-D at the First Street Courthouse in Los Angeles, California.

IT IS SO ORDERED.

Dated:

_____
Honorable Otis D. Wright II
United States District Judge