UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 5 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 24-1133 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:24-cr-00091-ODW-1 |
| v. | Central District of California, Los Angeles |
| ALEXANDER SMIRNOV, | MANDATE |
| Defendant - Appellant. | |

The judgment of this Court, entered May 01, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT