UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEXANDER SMIRNOV, ) <br> ) <br> Defendant, ) <br> _____ ) | CASE NO. 2:24-CR-00091-ODW <br><br> [PROPOSED] ORDER |

 Upon reviewing Defendant's *Ex Parte* Motion for an Order Shortening Time to be heard on his Motion to Reopen Detention Hearing and Impose Conditions of Release (Dkt 75), and with good cause appearing, said Motion is GRANTED, as follows below.

 The Court ORDERS that the hearing on Defendant's Motion (Dkt 75) currently scheduled for June 24, 2024, at 10:00am is hereby advanced so that the Motion will be heard on the 17th day of June, 2024, at the hour of 10:00 a.m.

 IT IS SO ORDERED.

 Dated:

                _____
                Honorable Otis D. Wright II
                United States District Judge