Christopher M. Rigali
Assistant Special Counsel
Office of Special Counsel
950 Pennsylvania Ave NW, Room B-200
Washington, D.C. 20530

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-cr-00091-ODW |
| v. | |
| Alexander Smirnov | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed [ ] Lodged: (**List Documents**)

Government's Classified Ex Parte, In Camera Motion and Memorandum of Law in Support for a Protective Order Pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d)(1) (as well as accompanying Exhibits A through K); Government's Request for Hearing Under Section 4 of the Classified Information Procedures Act

**Reason:**

[✓] Under Seal
[✓] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[✓] Other:

Classified filings for the Court's in camera consideration. Filed electronically with the court-appointed Classified Information Security Officer, W. Scooter Slade.

06/24/2024
Date

Christopher M. Rigali
Attorney Name

United States of America
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*