DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
SEAN F. MULRYNE
CHRISTOPHER M. RIGALI
Assistant Special Counsels

    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone:    (771) 217-6091
    E-mail:  christopher.rigali2@usdoj.gov
    Attorneys for the United States

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ALEXANDER SMIRNOV,<br><br>        Defendant. | No. 2:24-cr-00091-ODW<br><br>GOVERNMENT'S APPLICATION FOR PERMISSION TO FILE AN OVERSIZED BRIEF<br><br>PROPOSED ORDER FILED SEPARATELY |
|---|---|

    Plaintiff, United States of America, by and through its counsel of record, the Office of Special Counsel David C. Weiss, hereby applies to this Honorable Court for permission to file an oversized brief.

    Pursuant to Local Rule 11-6.1 and this Court's required procedures, "[m]emoranda of points and authorities in support of or in opposition to motions shall not exceed 7,000 words." The Court requires a showing of "good cause" to "grant an application to extend these page limits."

    The Government respectfully seeks leave of Court to file an oversized brief—it's Memorandum of Law in Support of the Government's

Motion for a Protective Order Pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d)(1). *See* ECF No. 86 (Notice of Manual Filing). Given the quantity and complexity of the issues raised in the Government's Motion for a Protective Order, the Government submits that more than 7,000 words are required to adequately bring to the Court's attention matters pertaining to the discoverability of classified information. As such, the Government respectfully requests that the Court grant this application, for good cause shown, and permit the Court to file an oversized brief.

Dated: June 24, 2024

Respectfully submitted,

DAVID C. WEISS
Special Counsel

LEO J. WISE
Principal Senior Assistant Special Counsel

DEREK E. HINES
Senior Assistant Special Counsel

SEAN F. MULRYNE
Assistant Special Counsel

CHRISTOPHER M. RIGALI
Assistant Special Counsel

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2