DAVID Z. CHESNOFF, ESQ
RICHARD A. SCHONFELD, ESQ.
CHESNOFF & SCHONFELD
520 S. 4th Street
Las Vegas, Nevada 89101
(702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
Attorneys for Defendant
Alexander Smirnov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-CR-00091-ODW |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY BRIEFING SCHEDULE |
| v. | |
| ALEXANDER SMIRNOV, | |
| Defendant. | |

Comes Now, Defendant Alexander Smirnov, by and through his counsel of record David Z. Chesnoff, Esq., and Richard A. Schonfeld, Esq., and Plaintiff United States of America, by and through its counsel of record, the Office of Special Counsel David C. Weiss, and hereby stipulate as follows:

1. On April 12, 2024, the Plaintiff and Defendant entered into a Stipulation that among other things set forth a briefing schedule related to certain CIPA filings. (Dkt 64).

2. In the Stipulation the Defendant's deadline to provide CIPA Section 5 notice was set for July 29, 2024, or no later than two weeks after the Court's ruling on the Government CIPA Section 4 filing (whichever is later).

3. The Court entered its ruling on the Government's CIPA Section 4 filing on July 22, 2024, thereby making the Defendant's CIPA Section 5 filing due no later than August 5, 2024.

4. The Defendant's counsel have engaged in the process of obtaining security clearance, so that the classified information discovery can be viewed, and are now eligible for interim clearances.

5. Before Defendant's counsel can view the classified discovery, a protective order issued pursuant to Section 3 of CIPA must be in place. The parties have not been able to reach an agreement as to all material terms of a protective order, and the Defendant plans to file an Opposition to the Government's Motion for Protective Order (Dkt 96).

6. In light of the foregoing, the Defendant's counsel has not yet been given the opportunity to review the classified discovery, and therefore is unable to provide CIPA Section 5 notice.

7. For the foregoing reasons, the Plaintiff and the Defendant stipulate to modify the briefing schedule in Dkt 64 as follows:

  i. Defendant's CIPA Section 5 notice: **Two weeks after the government provides Defendant's counsel access to the classified information discovery;**

  ii. Government's Objections to Defendant's CIPA Section 5 & government's CIPA Section 6(a) filing: **Three weeks after Defendant's CIPA Section 5 notice.**

  iii. Defendant's Reply in CIPA Section 5 and Response to government's CIPA Section 6(a): **Two weeks after government's CIPA Section 6 filing.**

The remaining briefing schedule in Dkt 64 is not impacted by this Stipulation.

IT IS SO STIPULATED.

Dated: August 5, 2024                    Respectfully submitted,

| | |
|---|---|
| CHESNOFF & SCHONFELD | DAVID C. WEISS<br>Special Counsel |
| | LEO J. WISE |
| _____/s/ Richard A. Schonfeld_____<br>DAVID Z. CHESNOFF, ESQ.<br>RICHARD A. SCHONFELD | Principal Senior Assistant Special Counsel |
| 520 S. 4th Street<br>Las Vegas, Nevada 89101 | DEREK E. HINES<br>Senior Assistant Special Counsel |
| Attorneys for Defendant<br>Alexander Smirnov | SEAN F. MULRYNE<br>Assistant Special Counsel |
| | _____/s/ Christopher M. Rigali_____<br>CHRISTOPHER M. RIGALI<br>Assistant Special Counsel |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |