UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER SMIRNOV,<br><br>Defendant. | No. CR 2:24-cr-00091-ODW<br><br>**[PROPOSED] ORDER** |

    The Court having considered the United States' Unopposed Ex Parte Application to File a Sur-Reply in Opposition to Defendant's Motion to Disqualify the Special Counsel and Dismiss the Indictment in this Case submitted herewith, hereby enters the following Order:

    IT IS HEREBY ORDERED that the Unopposed Ex Parte Application is GRANTED. The United States may file a Sur-Reply in Opposition to Defendant's Motion to Disqualify the Special Counsel and Dismiss the Indictment in this Case.

    IT IS SO ORDERED.

_____    _____

DATE                                         THE HONORABLE OTIS D. WRIGHT II<br>                                                      UNITED STATES DISTRICT JUDGE