UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 2:24-CR-00091-ODW |
| ) | |
| v. ) | |
| ) | |
| ALEXANDER SMIRNOV, ) | |
| ) | |
| Defendant, ) | [PROPOSED] ORDER |
| ) | |

  Upon reviewing Defendant's Notice of Motion and Motion to Dismiss Count Two of the Indictment, and with good cause appearing, said Motion is GRANTED pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B)(v) as a result of the Indictment failing to state an offense as to Count two.

  The Court, having considered the Indictment's allegations as true finds that no cognizable offense has been charged in Count two. The Indictment fails to allege that Mr. Smirnov was aware that an FBI form 1023 would be created as a result of his alleged June 26, 2020, conversation with the FBI handler, fails to allege that Mr. Smirnov acted with intent to obstruct an investigation, and fails to allege that the June 26, 2020, conversation was part of an actual or contemplated investigation. All are requirements to state an offense under 18 U.S.C. § 1519.

  The Court therefore ORDERS that Count two of the Indictment is dismissed.

  IT IS SO ORDERED.

  Dated:

                _____
                Honorable Otis D. Wright II
                United States District Judge