UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES

Case No. CR 24-00091-ODW                                                      Date: August 26, 2024
===============================================================================
PRESENT:   HONORABLE OTIS D. WRIGHT, II, JUDGE

| Derek Davis | COURTSMART | Derek Hines |
| Courtroom Deputy | | Leo Wise |
| | | Sean Mulryne |
| | | Asst. U.S. Attorney |

===============================================================================
U.S.A. vs (Defendant listed below)              Attorney for Defendant

   Alexander Smirnov                               David Z. Chesnoff
   present in custody                              present retained

                                                   Naser J. Khoury
                                                   present retained

                                                   Richard Schonfeld
                                                   present retained

                                                   Mark Bryne
                                                   present retained

_____
PROCEEDINGS: **Motion to Disqualify Counsel as to Special Counsel and Motion to DIsmiss Case [93]**

   Case called, appearances made.  The Court having carefully considered the papers, and having heard oral argument of counsel, the motion is **DENIED. IT IS SO ORDERED.**


                                  CRIMINAL MINUTES                         :  54

                                                            Initials of Deputy Clerk: DD