Christopher M. Rigali
Assistant Special Counsel
Office of Special Counsel
950 Pennsylvania Ave NW, Room B-200
Washington, D.C. 20530

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-cr-00091-ODW |
| v. | |
| Alexander Smirnov | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged: **(List Documents)**

Government's Sealed, In Camera, Classified Supplement to Motion (ECF No. 96) and Reply Brief In Support of Motion for a Protective Order Pursuant to Section 3 of the Classified Information Procedures Act (ECF No. 113).

**Reason:**

[✓] Under Seal
[✓] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[✓] Other:

Supplemental filing contains classified information and, as such, has been filed electronically with the court-appointed Classified Information Security Officer, W. Scooter Slade.

August 26, 2024
Date

Christopher M. Rigali
Attorney Name

United States of America
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)  NOTICE OF MANUAL FILING OR LODGING