## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 24-00091-ODW | Date | September 23, 2024 |
|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Sheila English | Court Smart | Derek E. Hines/ Leo J. Wise |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Alexander Smirnov | X | X | | David Z Chesnoff/ Richard A Schonfeld | X X | X X | |

**Proceedings:** MOTION TO DISMISS COUNTS TWO [107]

Case called, appearances made. The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel. The Court **DENIES** the motion.

|  | : | 12 |
|---|---|---|
| Initials of Deputy Clerk | se | |