# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Camie Linnell | 2a. Contact Phone Number: 702-521-5384 | 3a. Contact E-mail Address: clinnell@cslawoffice.net |
| 1b. Attorney Name (if different): David Z. Chesnoff | 2b. Attorney Phone Number: 702-384-5563 | 3b. Attorney E-mail Address: dzchesnoff@cslawoffice.net |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Chesnoff & Schonfeld
520 S. Fourth St
Las Vegas, NV 89101

**5. Name & Role of Party Represented:** Alexander Smirnov, Defendant
**6. Case Name:** USA v. Smirnov
**7a. District Court Case Number:** 2:24-cr-00091
**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
[X] DIGITALLY RECORDED
[ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: ____

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [X] Non-Appeal     [X] Criminal  [ ] Civil     [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/23/24 | | Wright | Hearing on Motion to Dismiss Count Two | (●) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) ____ | 3-Day |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) ____ | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) ____ | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) ____ | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) ____ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.    Date: 9/24/24    Signature: /s/

G-120 (06/18)