UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:24-CR-00091-ODW |
| v. | ) |
| | ) |
| ALEXANDER SMIRNOV, | ) |
| | ) |
| Defendant, | ) [PROPOSED] ORDER |
| | ) |

Upon reviewing Defendant's Motion *in Limine* to Preclude the Government from Making Any References to Mr. Smirnov's Lawfully Owned Firearms, and reviewing the Government's Opposition to that Motion, it is hereby:

ORDERED that Defendant's Motion *In Limine* is GRANTED.

The Court orders that the Government shall be precluded from adducing any evidence or making any reference in the presence of the jury to any aspect of Defendant's lawfully owned firearms. The Court finds that such evidence or references would be irrelevant or, in the alternative, would be of such slight probative value that its admission or reference would create a substantial risk of

///

unfair prejudice, misleading the issues, or confusing the jury. *See* Fed. R. Evid. 401, 402, 403.

IT IS SO ORDERED.

_____       _____
DATE                                                        HONORABLE OTIS D. WRIGHT II
                                                                       UNITED STATES DISTRICT JUDGE