UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

* * * *

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CASE NO. 2:24-CR-00091-ODW |
| v. | ) | |
| | ) | |
| ALEXANDER SMIRNOV, | ) | |
| | ) | |
| Defendant, | ) | [PROPOSED] ORDER |
| | ) | |

Upon reviewing Defendant's Motion *in Limine* to Preclude the Government from Making Any References to Mr. Smirnov's Alleged Disloyalty to the United States Government, and reviewing the Government's Opposition to that Motion, it is hereby:

ORDERED that Defendant's Motion *In Limine* is GRANTED.

The Court orders that the Government shall be precluded from adducing any evidence or making any reference in the presence of the jury to any aspect of Defendant's alleged disloyalty to the United States Government. The Court finds that such evidence or references would be irrelevant or, in the alternative, would be of such slight probative value that its admission or reference would create a

///

1

substantial risk of unfair prejudice, misleading the issues, or confusing the jury. *See* Fed. R. Evid. 401, 402, 403.

IT IS SO ORDERED.

_____  _____
DATE                         HONORABLE OTIS D. WRIGHT II
                             UNITED STATES DISTRICT JUDGE