UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:24-CR-00091-ODW |
| v. ) | |
| ) | |
| ALEXANDER SMIRNOV, ) | |
| ) | |
| Defendant, ) | [PROPOSED] ORDER |
| _____ ) | |

Upon reviewing Defendant's Motion *in Limine* to Preclude Any Evidence From (or, References to) Mr. Smirnov's Interview with the FBI and Other Government Officials on September 27, 2023, and reviewing the Government's Opposition to that Motion, it is hereby:

ORDERED that Defendant's Motion *In Limine* is GRANTED. *See* Fed. R. Evid. 403.

IT IS SO ORDERED.

_____      _____
DATE                                    HONORABLE OTIS D. WRIGHT II
                                        UNITED STATES DISTRICT JUDGE

1