UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEXANDER SMIRNOV,<br>Defendant. | No. CR 2:24-cr-00091-ODW<br><br>[PROPOSED] ORDER |

Upon Consideration of the Government's Second Motion in Limine to Exclude the FBI Handing Agent's Alleged Mistakes, and the Defendant's Response thereto, the Court grants the Motion and orders that the defendant is precluded from introducing evidence, argument, or questioning at trial that pertains to alleged mistakes made by the defendant's FBI Handling Agent. These matters are irrelevant under Federal Rule of Evidence 401, and are prejudicial under Federal Rule of Evidence 403, even if there was some probative value.

Dated: _____    SO ORDERED

_____

The Honorable Otis D. Wright, III

United States District Judge