1  DAVID Z. CHESNOFF, ESQ.
2  *Pro Hac Vice*
   RICHARD A. SCHONFELD, ESQ.
3  California Bar No. 202182
4  CHESNOFF & SCHONFELD
   520 South Fourth Street
5  Las Vegas, Nevada 89101
6  Telephone: (702) 384-5563
7  dzchesnoff@cslawoffice.net
8  rschonfeld@cslawoffice.net
   Attorneys for Defendant, ALEXANDER SMIRNOV
9

10                    UNITED STATES DISTRICT COURT
11                  CENTRAL DISTRICT OF CALIFORNIA
                            * * * * * *
12

13  UNITED STATES OF AMERICA,    )    CASE NO. 2:24-CR-00091-ODW
14                               )
                     Plaintiff,  )    **DECLARATION OF RICHARD A.**
15                               )    **SCHONFELD IN SUPPORT OF**
16                               )    **DEFENDANT'S NOTICE OF**
17                               )    **MOTION AND MOTION *IN***
    v.                           )    ***LIMINE* TO PRECLUDE ANY**
18                               )    **REFERENECES TO**
19                               )    **DEFENDANT'S**
20  ALEXANDER SMIRNOV,           )    **LAWFULLY OWNED**
21                               )    **FIREARMS [ECF 146 FIRST**
                                 )    **MOTION IN LIMINE FILED BY**
22                 Defendant,    )    **DEFENDANT]¹**
23  _____)
24
25
26

27  _____
    ¹ A Declaration was not submitted with the Motion; however, the deadline for Motions in Limine
28  is November 1, 2024, and therefore this Declaration is timely filed.

                                    1

## **DECLARATION OF RICHARD A SCHONFELD**

I, Richard A Schonfeld, declare as follows:

1.  I am an attorney of record for Defendant Alexander Smirnov in the above-captioned case. I have personal knowledge of the matters contained in this declaration, and, if called as a witness to testify, I would competently testify to them. This declaration is offered in support of the Defendant's first filed Motion in Limine to Preclude Any References to Defendant's Lawfully Owned Firearms (DKT 146).

2.  On October 22, 2024, counsel for Mr. Smirnov sent counsel for the government an email seeking the government's position on this motion.  The government opposes the motion, stating "While we do not intend to introduce the seizure of the guns in our case in chief at this time, we reserve the right to do so to establish, among other things, that items seized from the defendant's residence belong to him.  If you do not intend to challenge whether evidence seized from the defendant's residence belongs to him, we believe we can reach a stipulation that we will not introduce the firearms at trial."

This response, would necessitate the Defendant stipulating to unidentified evidence that the Government suggests it will attempt to introduce at trial, in order for the government to agree not to present irrelevant and highly prejudicial

evidence of lawfully possessed firearms.  There should be no condition on the

exclusion of the evidence at issue.

3.  The Defendant will suffer prejudice if this Motion in Limine is denied, and

the government is permitted to introduce evidence of the Defendant lawfully

possessing firearms, as such evidence is irrelevant under Federal Rule of Evidence

401, inadmissible under Federal Rule of Evidence 402, and would cause unfair

prejudice under Federal Rule of Evidence 403.

Executed this 1st day of November, 2024, in Las Vegas, Nevada.

Respectfully Submitted:

CHESNOFF & SCHONFELD

RICHARD A. SCHONFELD

3