DAVID Z. CHESNOFF, ESQ.
*Pro Hac Vice*
RICHARD A. SCHONFELD, ESQ.
California Bar No. 202182
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
Attorneys for Defendant, ALEXANDER SMIRNOV

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:24-CR-00091-ODW |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF RICHARD A. SCHONFELD IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND MOTION *IN LIMINE* TO PRECLUDE ANY REFERENECES TO DEFENDANT'S ALLEGED DISLOYALTY [ECF 147 SECOND MOTION IN LIMINE FILED DEFENDANT][1]** |
| v. | ) | |
| ALEXANDER SMIRNOV, | ) | |
| Defendant, | ) | |

---

[1] A Declaration was not submitted with the Motion; however, the deadline for Motions in Limine is November 1, 2024, and therefore this Declaration is timely filed.

1

## DECLARATION OF RICHARD A SCHONFELD

I, Richard A Schonfeld, declare as follows:

1. I am an attorney of record for Defendant Alexander Smirnov in the above-captioned case. I have personal knowledge of the matters contained in this declaration, and, if called as a witness to testify, I would competently testify to them. This declaration is offered in support of the Defendant's second filed Motion in Limine to Preclude Any References to Defendant's Alleged Disloyalty (DKT 147).

2. On October 22, 2024, counsel for Mr. Smirnov sent counsel for the government an email seeking the government's position on this motion. Counsel for the government subsequently advised that the government opposed this Motion.

3. The Defendant will suffer prejudice if this Motion in Limine is denied and the government is permitted to introduce evidence of the Defendant allegedly being disloyal to the United States Government, as such evidence is irrelevant under Federal Rule of Evidence 401, inadmissible under Federal Rule of Evidence

402, and would cause unfair prejudice under Federal Rule of Evidence 403.

Executed this 1st day of November, 2024, in Las Vegas, Nevada.

Respectfully Submitted:

CHESNOFF & SCHONFELD

RICHARD A. SCHONFELD