UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:24-CR-00091-ODW |
| v. | ) |
| ALEXANDER SMIRNOV, | ) |
| Defendant, | ) [PROPOSED] ORDER |
| _____ | ) |

Upon reviewing Defendant's Motion to Dismiss the Indictment due to Discovery Violations, and reviewing the Government's Opposition to that Motion, it is hereby:

ORDERED that Defendant's Motion to Dismiss is GRANTED, and that the Indictment (ECF No. 1, Feb. 14, 2024) is DISMISSED with prejudice.

IT IS SO ORDERED.

_____     _____
DATE                                          HONORABLE OTIS D. WRIGHT II
                                                      UNITED STATES DISTRICT JUDGE