UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEXANDER SMIRNOV,<br>Defendant. | No. CR 2:24-cr-00091-ODW<br><br>[PROPOSED] ORDER |

Upon Consideration of the Defendant's Motion in Limine to Preclude References to Defendant's Lawfully Owned Firearms [ECF No. 146], and the Government's Response thereto, the Court denies the Motion for the reasons stated in the Government's Response.

Dated: _____

SO ORDERED

_____
The Honorable Otis D. Wright, III
United States District Judge