UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER SMIRNOV,<br><br>Defendant. | No. CR 2:24-cr-00091-ODW<br><br>[PROPOSED] ORDER |

Upon Consideration of the Defendant's Motion in Limine to Preclude Any References to Defendant's Alleged Disloyalty [ECF No. 147], and the Government's Response thereto, the Court denies the Motion for the reasons stated in the Government's Response.

Dated: _____      SO ORDERED

_____

The Honorable Otis D. Wright, III

United States District Judge