UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　 )<br>　　　　　Plaintiff, 　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>v.　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>ALEXANDER SMIRNOV,　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>　　　　　Defendant, 　　　　　　　　)<br>_____) | CASE NO. 2:24-CR-00091-ODW<br><br>[PROPOSED] ORDER |

　　　Upon reviewing the Government's Motion *in Limine* to Preclude Proposed Defense Expert Gregory Scott Rogers, *See* ECF No. 150, and reviewing the Defendant's Opposition to that Motion, *See* ECF No. 167, it is hereby:

　　　ORDERED that said Motion is DENIED.

　　　IT IS SO ORDERED.


_____　　　　_____
DATE　　　　　　　　　　　　　　HONORABLE OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1