UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>ALEXANDER SMIRNOV, )<br>)<br>Defendant, )<br>_____) | CASE NO. 2:24-CR-00091-ODW<br><br><br><br>[PROPOSED] ORDER |

Upon reviewing the Government's Motion *In Limine* to Exclude Specific Instances of Conduct, *See* ECF No. 152, and reviewing the Defendant's Opposition to that Motion, *See* ECF No. 169, it is hereby:

ORDERED that said Motion is DENIED.

IT IS SO ORDERED.

_____   _____
DATE                        HONORABLE OTIS D. WRIGHT II
                            UNITED STATES DISTRICT JUDGE

1