UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER SMIRNOV,<br><br>Defendant, | CASE NO. 2:24-CR-00091-ODW<br><br>[PROPOSED] ORDER |

Upon reviewing the Government's Motion *in Limine* to Preclude Irrelevant Factual Issues, *See* ECF No. 154, and reviewing the Defendant's Opposition to that Motion, *See* ECF No. 171, it is hereby:

ORDERED that said Motion is DENIED.

IT IS SO ORDERED.

_____          _____
DATE                                         HONORABLE OTIS D. WRIGHT II
                                             UNITED STATES DISTRICT JUDGE

1