DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
SEAN F. MULRYNE
CHRISTOPHER M. RIGALI
Assistant Special Counsels
    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone: (771) 217-6090
    E-mail:    LJW@usdoj.gov, DEH@usdoj.gov
    E-mail:    SFM@usdoj.gov; CMR@usdoj.gov
    Attorneys for the United States

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-cr-00091-ODW |
|---|---|
| Plaintiff, | **DECLARATION OF LEO J. WISE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE EVIDENCE FROM DEFENDANT'S FBI INTERVIEW ON SEPTEMBER 27, 2023** |
| v. | |
| ALEXANDER SMIRNOV, | |
| Defendant. | |

**DECLARATION OF LEO J. WISE**

I, Leo J. Wise, declare as follows:

1. I am an attorney of record for the United States in the above-captioned case. I have personal knowledge of the matters contained in this declaration, and, if called as a witness to testify, I would competently testify to them. This declaration is offered in support of the government's opposition to defendant's motion in limine to preclude evidence from defendant's FBI interview on September 27, 2023.

2. The government's opposition references several portions of the FBI 302 report of the interview on September 27, 2023, but includes brackets with general descriptions covering individual names. I confirm that the block quotations and quotations to the report are true and accurate reprints from the FBI interview report, with an exception for the masking of individual names as noted by brackets.

Executed on this 15th day of November, 2024 in Baltimore, MD.

Respectfully submitted,

_____
Leo J. Wise