David Z. Chesnoff, Esq.
Chesnoff & Schonfeld
520 S. 4th Street
Las Vegas, Nevada 89101
702-384-5563

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-cr-00091-ODW |
| v. | |
| Alexander Smirnov | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed [ ] Lodged: **(List Documents)**

3 Separate CIPA documents.

**Reason:**
- [✓] Under Seal
- [✓] In Camera
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Per Court order dated: _____
- [✓] Other:

The submissions were made on November 18, 2024, with Roxanne Walker from the Clerk's office.

11/19/24
Date

David Z. Chesnoff, Esq.
Attorney Name

Alexander Smirnov
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING