# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>ALEXANDER SMIRNOV<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cr–00091–ODW<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   11/19/2024

Document No.:   183

Title of Document:   NOTICE OF LODGING filed by Defendant Alexander Smirnov

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Notice : Manual Filing (G–92)

The cited correct event Corresponds to the Form used.

Other:

Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: November 20, 2024        By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS