David Z. Chesnoff, Esq.
Pro Hac Vice
Chesnoff & Schonfeld
520 S. 4th Street
Las Vegas, Nevada 89101

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | 2:24-cr-00091-ODW |
| Alexander Smirnov | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed [ ] Lodged: **(List Documents)**

CIPA document.

**Reason:**

[✓] Under Seal
[✓] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[✓] Other:

The submission was made on November 25, 2024, with the Classified Security Information Officer.

11/26/24
Date

David Z. Chesnoff, Esq.
Attorney Name

Alexander Smirnov
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)    NOTICE OF MANUAL FILING OR LODGING