1                UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3

4  UNITED STATES OF AMERICA,    ) Case No. LA CR 24-00091-ODW
                                )
5              Plaintiff,       ) Los Angeles, California
                                )
6  vs.                          ) Monday, November 25, 2024
                                )
7  ALEXANDER SMIRNOV,           ) (10:07 a.m. to 10:26 a.m.)
                                ) (10:40 a.m. to 10:46 a.m.)
8              Defendant.       )
                                )
9  _____)

10              TRANSCRIPT OF MIL/STATUS CONFERENCE
            BEFORE THE HONORABLE OTIS D. WRIGHT II
11                UNITED STATES DISTRICT JUDGE

12

13 Appearances:                 See next page.

14 Court Reporter:              Recorded; CourtSmart

15 Courtroom Deputy:            Sheila English

16 Transcribed by:              C. Okonta
                                Echo Reporting, Inc.
17                              9711 Cactus Street
                                Suite B
18                              Lakeside, CA 92040
                                (858) 453-7590
19

20

21

22

23

24
   Proceedings recorded by electronic sound recording;
25 transcript produced by transcription service.

2

1 APPEARANCES:

2 For the Plaintiff:                  CHRISTOPHER M. RIGALI, ESQ.
                                      LEO J. WISE, ESQ.
3                                     DEREK E. HINES, ESQ.
                                      SEAN MULRYNE, ESQ.
4                                     Office of Special Counsel
                                      United States Department of
5                                        Justice
                                      950 Pennsylvania Avenue,
6                                        Northwest
                                      Room B-200
7                                     Washington, DC 20530
                                      (202) 616-2652
8                                     (771) 217-6091
                                      (771) 217-6091
9                                     (202) 430-4880

10 For the Defendant:                 DAVID Z. CHESNOFF, ESQ.
                                      RICHARD A. SCHONFELD, ESQ.
11                                    Chesnoff and Schonfeld
                                      520 South Fourth Street
12                                    Las Vegas, Nevada 89101
                                      (702) 384-5563

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1  Los Angeles, California; Monday, November 25, 2024 10:07 AM

2                          --o0o--

3                    (Call to Order)

4          THE CLERK:  Calling item one, CR 24-91, United

5  States of America versus Alexander Smirnov.

6          Counsel, may I have your appearances, please.

7          MR. WISE:  Good morning, your Honor.  Leo wise,

8  Derek Hines, Christopher Rigali, and Sean Mulryne for the

9  United States.

10         THE COURT:  Good morning, gentlemen.

11         MR. WISE:  Good morning.

12         MR. CHESNOFF:  May it please the Court.  Your

13 Honor, David Chesnoff and Richard Schonfeld on behalf of Mr.

14 Smirnov, who's present in custody.

15         THE COURT:  Gentlemen, good morning.

16         MR. SMIRNOV:  Good morning.

17         MR. SCHONFELD:  Good morning.

18         THE COURT:  All right.  We've got a number of

19 things on this morning's calendar, a motion -- some motions

20 in limine.  And then I understand that we brought -- well,

21 where are we now?

22         Yes, sir.

23         MR. WISE:  Your Honor, there are five Government

24 motions in limine.  I believe there are four Defense motions

25 in limine.  There is also -- the -- there is also 159, which

4

1    is the Defense's second ex parte motion to continue.

2    There's 162, which is the Defendant's motion to dismiss for

3    discovery violations.  And then we've also submitted voir

4    dire questions.  Each side has submitted voir dire

5    questions.  We submitted a number of joint submissions of

6    trial documents.  The only outstanding matter where there, I

7    believe, is an agreement is over the voir dire and the jury

8    instructions.  So, by my count, there's about six items, the

9    Government's motions in limine, the Defense motions in

10   limine, their second motion to continue, their motion to

11   dismiss.  And the motion to dismiss is set, I think, for

12   hearing next Monday, but --

13              THE COURT:  Yes.

14              MR. WISE:  -- we would -- I just mention it as an

15   open item.  And then the voir dire and the jury

16   instructions.

17              THE COURT:  And where did you say we are on the

18   jury instructions?

19              MR. WISE:  There's just a few jury instructions

20   where the parties are in disagreement.

21              THE COURT:  Okay.

22              MR. WISE:  We submitted a joint set that's nearly

23   everything.  There's one instruction of ours where we

24   included commentary from the instruction, which we think

25   applies to the specific facts in this case.  They object to

5

1  that.  They then have submitted three instructions.  One is

2  for expert witness, which we've moved to exclude their

3  expert witness.  One for telling the jury about witnesses

4  that have immunity or plea agreement.  There are no

5  witnesses like that, so we think it's -- it doesn't apply.

6  And then one or two others that the motions in limine,

7  depending on what your Honor decides, will determine whether

8  they're appropriate.

9          THE COURT:  Sure.  What about this commentary?  Is

10  this commentary that's actually in the published version of

11  the -- okay.

12          MR. WISE:  It is, your Honor, yeah.

13          THE COURT:  All right.  Still, we have to tread

14  lightly.  All right.

15          MR. WISE:  Understood.

16          THE COURT:  Anything else I need to know about?

17          MR. WISE:  I think that's -- I think that's all

18  the open items as of right now, your Honor.

19          THE COURT:  Okay.

20          MR. CHESNOFF:  Your Honor, the motion that's

21  scheduled for next Monday, we didn't prepare to argue today.

22  We prepared to argue it next Monday, so --

23          THE COURT:  Okay.

24          MR. CHESNOFF:  Thank you.  Your Honor, I brought

25  to the Court's attention, and I informed the Government that

*Echo Reporting, Inc.*

6

1  I was bringing it to your attention, Mr. Smirnov has been

2  indicted by the Special Counsel in a companion case, I guess

3  I would call it, in another court.  I want to tie that into

4  our request for a continuance.  We have been preparing for

5  Mr. Smirnov to testify.  In light of the fact that the

6  Government has been investigating Mr. Smirnov now since last

7  year and in light of the fact that they decided at 4:50, I

8  think it was, Friday to inform us of these new charges, we

9  have -- really need to emphasize to the Court that now we

10 have to evaluate and reevaluate the presentation of this

11 case on Mr. Smirnov's behalf because we have to now think

12 about whether or not to advise Mr. Smirnov to testify and,

13 more importantly, to help prepare him in light of the

14 allegations in this new indictment.  We find it pretty --

15          THE COURT:  Don't.  No, I don't need that yet.

16          MR. CHESNOFF:  Okay.  Well, I just want to --

17          THE COURT:  I just need to know, from a practical

18 standpoint --

19          MR. CHESNOFF:  Yes.

20          THE COURT:  -- are these -- these cases are -- I'm

21 assuming they're not related.

22          MR. WISE:  So, your Honor, we did file a related

23 case notice --

24          THE COURT:  Okay.

25          MR. WISE:  -- but the case was not assigned to

7

1  your Honor.

2          THE COURT:  Okay.

3          MR. WISE:  And so it is separately assigned to

4  Judge Vera, and it hasn't hit the CM/ECF yet.  We, as a

5  courtesy, provided a docketed copy --

6          THE COURT:  Okay.

7          MR. WISE:  -- to Defense counsel on Friday, the

8  same day we received it.  We were told by the clerk's office

9  that it can take between 48 and 72 hours for it to hit

10 CM/ECF, but we did want to inform them that it had happened,

11 and that's why we did it on Friday.

12         MR. CHESNOFF:  But I would like to point out to

13 your Honor, in opposing our request for a continuance, which

14 was based on the fact that we got the late delivery of

15 literally thousands of pages of information, which, I must

16 say, as attorney of record, Mr. Schonfeld and I have

17 dutifully tried to review everything from start to finish,

18 which is an impossible task considering our trial date is

19 next Tuesday.  But the most important thing I want to tell

20 your Honor, opposing our motion for a continuance, the

21 Special Prosecutor informed you that this was their last

22 case as Special Prosecutor.  And then on the eve of trial,

23 they've added another case, which obviously will go into the

24 2025 year.  And so therefore, when they told you it was

25 their last case, I really don't understand how they did

8

1  that.  It certainly misled me.  And I hope the Court would

2  understand that in light of the fact that they have now

3  added charges that deal with his finances, that we have to

4  evaluate the impact that that has on our presentation of the

5  defense.

6          And we haven't seen the discovery from the new

7  indictment.  It has never been given to us.  We don't even

8  have counsel in place on the new indictment to work with us,

9  although we have spoken to tax litigators here in the

10 district.

11         So my request, your Honor, is that we continue the

12 trial date, so that all of us can get on the same page.

13         And I think I heard the prosecutor say they tried

14 to make it a related case.  Well, if it's a related case,

15 why did they hide it from us until the eve of the trial,

16 your Honor, both of us?  It's perplexing and disappointing.

17         So I would ask you to continue the trial, your

18 Honor, based on our motion, our second motion to continue,

19 the discovery that they dumped on us late, and now charging

20 him on the eve of trial.

21         THE COURT:  I saw some of the scorched earth

22 discovery you propounded, and I know when I was reading, I'm

23 thinking, "It's going to take the Government forever to come

24 up with documents that are responsive to this discovery

25 request."  But, apparently, they did it, and you don't like

9

1    the fact that they've backed up a truck and dumped all this

2    stuff on you, and that's fine.  That doesn't impress me.

3                MR. CHESNOFF:  We don't like that -- we don't like

4    that it was late beyond your order, your Honor.

5                THE COURT:  Well, I can imagine that it was late,

6    given what you had asked for.

7                MR. CHESNOFF:  Well, they should have already

8    known to give it to us, your Honor.

9                MR. WISE:  Your Honor --

10               THE COURT:  Listen, none of this matters, because

11   it's all now been trumped -- oh, Jesus, I didn't say that.

12   The real problem that we have is a new indictment.  I don't

13   know the extent to which that case is related at all to this

14   case or will affect this case or will impact the decision of

15   whether or not the Defendant will testify in this case.  I

16   don't know.  But we damn well need to get it figured out

17   pretty quickly because, at last, I'm finally hearing a

18   reason to seriously entertain a continuance, and I don't

19   want to do that, and I'm not going to go into that on the

20   record, but -- this is now concerning.  None of the other

21   stuff concerns me a bit.  That's just simply, "No, no, yes,

22   I'll take it under submission."  This is concerning.

23               MR. WISE:  Your Honor, if I may?

24               THE COURT:  Yeah, please.

25               MR. WISE:  So it's a separately charged case.

10

1           THE COURT:  Okay.

2           MR. WISE:  The tax allegations could -- he could

3   be crossed on those whether or not it's charged.  The case

4   law is clear, if he takes the stand and he's cheated on his

5   taxes, whether he's been indicted or not, that's fair game.

6   And so we were prepared to do that whether or not charges

7   were filed.

8           THE COURT:  Okay.

9           MR. WISE:  Nobody hid charges.  I don't know what

10  Mr. -- is talking about.  The grand jury returned the

11  indictment on Thursday.  We got the filed copy on Friday,

12  and we sent it to them on Friday.

13          THE COURT:  Okay.

14          MR. WISE:  There has been a separate tax

15  investigation.  He received more than $2 million in income,

16  didn't pay any taxes on it.  It's not related to lying to

17  the FBI in June of 2020.  And so --

18          THE COURT:  Oh, okay.

19          MR. WISE:  Yeah.

20          THE COURT:  Got you.

21          MR. CHESNOFF:  Except -- the response to that,

22  your Honor --

23          THE COURT:  Yeah.

24          MR. CHESNOFF:  -- is, he just told you he intends

25  to cross examine him about it, so --

11

1           MR. WISE:  I always did.

2           MR. CHESNOFF:  First of all, nobody informed him

3    he was a target of a new investigation.

4           MR. WISE:  We don't have to.

5           MR. CHESNOFF:  Okay.  Well -- but, your Honor,

6    they may not have to, but if you're going to have a trial

7    next Tuesday, you don't ambush the Court and ambush the

8    Defendant and not tell him, whether or not they're required

9    to by procedure or regulation.

10          What they've done here, your Honor, is put us in a

11   position where we don't know what the allegations are, we

12   don't know the discovery.  He says that he made $2 million

13   that he didn't report.  That's him -- he couldn't cross

14   examine him about that without us being able to present a

15   defense to that.  And until the tax person analyzes this,

16   your Honor, and provides us with that information and we see

17   the discovery, we can't prepare him to answer his questions.

18          So what -- not only does he want to blindside us

19   by not letting us put the defense on, which is the subject

20   of our motions coming up, now he wants to handcuff us from

21   putting our client on the stand by deliberately failing to

22   disclose that he was under investigation and fit -- and

23   provide us with no discovery that he just told you he was

24   going to question him about.  How can he question him

25   without giving us the discovery, your Honor?

12

1        MR. WISE:  Are they going to tell us what they're

2  going to cross examine our witnesses on?  We haven't gotten

3  any discovery from them.

4        THE COURT:  It's not -- that is --

5        MR. CHESNOFF:  I can't -- I cannot advise my

6  client effectively on what his Fifth Amendment rights are at

7  this late date, just getting an indictment Friday afternoon

8  at 4:50.

9        THE COURT:  Well --

10        MR. CHESNOFF:  It's impossible.

11        THE COURT:  Okay.  The income tax issue, if indeed

12  there has been -- if the IRS has identified a potential

13  problem there, that's always going to be in play, and --

14  generally, the taxpayer knows about it.  It's not a secret

15  from the taxpayer.  So I understand what you're saying --

16        MR. CHESNOFF:  But it's now charged, your Honor.

17        THE COURT:  Pardon?

18        MR. WISE:  We're not going to get into the fact

19  that he's been charged, but he --

20        THE COURT:  Okay.

21        MR. WISE:  -- he's always been -- we could always

22  cross examine him on the fact that he's lied on his taxes.

23  He's lied on other government forms.  Those are fair game,

24  too.  And we don't have to give them discovery on what we're

25  going to cross examine their client on anymore they have to

13

1  give us discovery on what they're going to cross examine our

2  witnesses on.

3          MR. CHESNOFF:  So after all the deadlines are

4  over --

5          THE COURT:  This is a whole new case that's been

6  filed.

7          MR. CHESNOFF:  Right.  And they're going to

8  announce to you, your Honor, that they're going to be able

9  to ask those questions under some 404(b) theory without

10 giving us notice of 404(b)?

11         MR. WISE:  It's not 404(b).

12         THE COURT:  It's not 404(b).

13         MR. CHESNOFF:  It is 404(b).

14         THE COURT:  But anyway, I'm a little upset that we

15 spent some quality time together this morning, and then I

16 ask a few moments ago, "Is there anything else we need to

17 talk about?" and none of this --

18         MR. CHESNOFF:  But this is the public part of the

19 case, your Honor.  I didn't think it was appropriate to

20 discuss it in a non-public setting.

21         THE COURT:  Oh, back in the -- during our first

22 hearing?  That's right, not then.

23         MR. CHESNOFF:  That's why I didn't discuss it.

24         THE COURT:  That's fine.

25         MR. CHESNOFF:  Thank you.

*Echo Reporting, Inc.*

14

1          THE COURT:  But soon thereafter as possible, I

2     kind of would like to have known about this because it moots

3     -- potentially moots a whole lot of other things.

4          MR. CHESNOFF:  Well, I don't know why they didn't

5     tell you about it, your Honor.  I did.

6          MR. WISE:  Your Honor, when we saw that it was

7     assigned to a different judge, we intended to raise it in

8     the hearing, but it obvious -- it wasn't something -- if it

9     had been assigned to your Honor, your Honor would have known

10    about it, and we don't want to step on the Court's toes

11    about how cases are assigned and who makes that decision, so

12    we tend to tread pretty lightly on matters that are not in

13    front of the Court that they're assigned to.

14         THE COURT:  Now, here's the deal.  I don't know

15    whether or not your office has already completed the form

16    that ask you whether or not the new case is related to an

17    existing case or not, but I know the Court takes your

18    assessment of whether or not a case is related to another

19    case, they take that seriously.  And I disagreed with the US

20    Attorney's Office's assessment on these things a number of

21    times, but you guys always win.  So if, in your opinion, you

22    think that the cases are related --

23         MR. WISE:  So we submitted the related case form

24    because it's the same Defendant --

25         THE COURT:  Yeah, but Jesus --

15

1          MR. WISE:  -- not because the charges are related.

2          THE COURT:  That's about -- sometimes that's all

3  it takes, which is ridiculous.

4          MR. WISE:  And it apparently -- I don't know who

5  the decision maker is, but, again, we did submit that with

6  the indictment, and the assignment was not to your Honor.

7          THE COURT:  Right.  So -- it's been assigned to

8  one of the other judges and -- who will look at the form and

9  see where the prosecution has indicated that the case is

10  related to this one, 24-91, and that'll be the end of that.

11  It'll get shipped my way.

12          MR. CHESNOFF:  No, your Honor, they have to file a

13  motion, most respectfully, at this point.  That's my

14  understanding of the law.

15          THE COURT:  Who has to file a motion at this --

16          MR. CHESNOFF:  The Government.  If they want to

17  consolidate the cases --

18          THE COURT:  No.  No, no, no, no, no, no, it's not

19  being consolidated.  This is court action.  The Court is

20  going to receive this thing, and it's going to be indicated

21  on this form by the Government that the case is related at

22  24-99 -- 91, and they're going to shift that sucker down to

23  me.

24          MR. CHESNOFF:  But the clerk already didn't.

25  That's why I'm saying they need to file a motion.

16

1          THE COURT:  I don't think --

2          MR. CHESNOFF:  And we're objecting to it as well.

3          THE COURT:  So will I.  So will I.  All right.

4          MR. CHESNOFF:  We really need a continuance here,

5   your Honor.  I cannot advise my client about his Fifth

6   Amendment rights without having an opportunity to have a tax

7   lawyer spend the time with him and me and the discovery in

8   that case to determine whether or not he should testify.

9   And they could have told you this 30 days ago or 60 days

10  ago.  They did it on a Friday before we come here for the

11  motions, giving you and the Defendant no time to respond to

12  it.  It's --

13         THE COURT:  The easy answer to this is just

14  simply, you're not to go into it in this case, not to go

15  into taxes, whether or not he's delinquent in his taxes,

16  whether or not he's been notified and things, his taxes are

17  going to be audited -- whatever relates to taxes, that's off

18  limits.

19         MR. CHESNOFF:  And we would also ask the Court to

20  rule that if he does testify, he doesn't waive his rights to

21  the Fifth Amendment in the companion case.

22         THE COURT:  One thing at a time.  One thing at a

23  time.  All right.  Let me yell at the Government outside.

24         MR. CHESNOFF:  With us, too, your Honor?

25         (Proceedings recessed briefly.)

17

1        MR. CHESNOFF:  13th, your Honor, on the 14th.  And

2   I'm asking you, your Honor, this -- we did not cause this.

3        THE COURT:  Okay.  Grand jury caused it, and your

4   client contributed to that, but you were ready to go next

5   week, so I'm giving you an extra month, and you're not going

6   to be ready?  I'm not buying that.  So --

7        MR. CHESNOFF:  We're not going to be here --

8        THE COURT:  That's when we're going to go.

9        MR. CHESNOFF:  We won't --

10       THE COURT:  You'll be here or you won't.

11       MR. CHESNOFF:  Okay.  But, your Honor, the

12  pre-trial conference would be the week before?

13       THE COURT:  No, it's going to be today.

14       MR. CHESNOFF:  same day.

15       THE COURT:  Today.

16       MR. CHESNOFF:  Yeah.  I -- okay.  So even though

17  we're going to get new stuff.

18       THE COURT:  What new stuff are you talking about?

19       MR. CHESNOFF:  The discovery and the new

20  indictment that they're going to have to give us --

21       THE COURT:  I'm not worried about that discovery

22  because it's not relevant to this case.

23       MR. CHESNOFF:  Well then they should -- then they

24  should have agreed not to cross examine him about it, your

25  Honor.

18

1        THE COURT:  Well, I can't get involved in what the

2   Government does and doesn't do.  You know that.

3        MR. CHESNOFF:  May I ask you, your Honor?  I'm

4   trying to do the best job I can for him.

5        THE COURT:  And you have been.  You have --

6        MR. CHESNOFF:  I appreciate it.  Regardless of

7   him, I'm asking you.  It will be physically impossible for

8   me to start on the 7th, in light of where I'm going to be.

9   I'm asking you to extend it one week, your Honor, to the

10  14th.  I've been in this courthouse for 43 years, your

11  Honor.  I've never shown disrespect, but I'm asking you.

12       THE COURT:  Wait a minute.  Wait.  Wait, wait,

13  wait.  Wait.  You don't get what you want, then there's

14  likely to be disrespect?

15       MR. CHESNOFF:  No.  I said --

16       THE COURT:  You see that guy?

17       MR. CHESNOFF:  I didn't say that, your Honor.  You

18  misheard me.

19       THE COURT:  Oh, okay.  I'm sorry.  I didn't

20  understand what that meant, why that was included.

21       MR. CHESNOFF:  The only reason I said it, your

22  Honor, is, I've never been disrespectful to any judge in

23  this courthouse, including you, and I'm asking you --

24       THE COURT:  I don't understand now, what -- you

25  get extra credit for that?

19

1          MR. CHESNOFF:  No, your Honor.  I'm just --

2          THE COURT:  Why are you mentioning that?

3          MR. CHESNOFF:  Because I've been an officer of

4   this court for many years, and I'm asking you for a

5   professional courtesy.  That's why I mentioned it.

6          THE COURT:  So the dates that you're going to be

7   out of the country are what?

8          MR. CHESNOFF:  26th through the 6th.

9          THE COURT:  26 of December through the 6th of

10  January.

11         MR. CHESNOFF:  And Mr. Schonfeld is out from the

12  19th to January 3rd.

13         THE COURT:  Yeah.  Okay.  Yeah, that's what we'll

14  do.  And that is what day of the week?

15         All right.  We will move it from Monday to

16  Wednesday, January 8th.  Okay.

17         MR. CHESNOFF:  Thank you, your Honor.

18         THE COURT:  That's the date.

19         MR. SCHONFELD:  Thank you.

20         THE COURT:  We will get you the rulings on the

21  motions in limine today.

22         MR. CHESNOFF:  Thank you, your Honor.

23         THE COURT:  With respect to the discovery motions,

24  the motions to dismiss the indictment, because you got what

25  you asked for, but you got it a bit late -- it may have had

20

1  something to do with the scope of what you asked for.  But

2  in any event, I'm not going to dismiss this indictment

3  because of that.  But we will get you something in writing

4  on what we discussed this morning, basically in-camera, and

5  on the motions in limine.

6          Yes, sir.

7          MR. CHESNOFF:  We have until tomorrow --

8          THE COURT:  Yes, sir, you do.

9          MR. CHESNOFF:  Thank you.

10          THE COURT:  You do.  Okay.  Unless there's

11  something else urgent.

12          MR. WISE:  I don't believe so from the United

13  States, your Honor.  Thank you.

14          THE COURT:  Okay.

15          MR. CHESNOFF:  No.  Thank you for your courtesies,

16  your Honor.

17          THE COURT:  Don't worry about it.  Goodbye.

18          THE CLERK:  The court is in recess.

19      (Proceedings concluded.)

20

21

22

23

24

25

21

1           I certify that the foregoing is a correct

2    transcript from the electronic sound recording of the

3    proceedings in the above-entitled matter.

4

5    /s/Chinago Okonta                    11/29/2024
     Transcriber                          Date
6

7    FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:

8

9    /s/L.L. Francisco
     L.L. Francisco, President
10   Echo Reporting, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25