DAVID Z. CHESNOFF, ESQ.
*Pro Hac Vice*
RICHARD A. SCHONFELD, ESQ.
California Bar No. 202182
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
Attorneys for Defendant ALEXANDER SMIRNOV

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ALEXANDER SMIRNOV, ) <br> ) <br> Defendant, ) <br> _____ ) | CASE NO. 2:24-CR-00091-ODW <br><br> **DEFENDANT'S MOTION FOR LEAVE TO FILE UNREDACTED SENTENCING MEMORANDUM IN MITIGATION OF PUNISHMENT AND EXHIBITS 1-2 <u>UNDER SEAL</u>** <br><br> **Honorable Otis D. Wright II** <br> **January 8, 2025 at 10:30 a.m.** |

Comes Now, Defendant Alexander Smirnov, by and through his counsel of record, David Z. Chesnoff, Esq., and Richard A. Schonfeld, Esq., of the law firm of Chesnoff & Schonfeld, and hereby submits this Motion for Leave to File his

1

Unredacted Sentencing Memorandum in Mitigation of Punishment and Exhibits 1-2 **UNDER SEAL**.

This Motion is made and based upon the papers and pleadings on file herein, the attached Declaration, and any argument that is heard or testimony that is adduced.

Dated this 24th day of December, 2024.

                Respectfully Submitted:

                CHESNOFF & SCHONFELD

                /s/ David Z. Chesnoff
                DAVID Z. CHESNOFF, ESQ.
                *Pro Hac Vice*
                RICHARD A. SCHONFELD, ESQ.
                California Bar No. 202182
                520 South Fourth Street
                Las Vegas, Nevada 89101
                Telephone: (702)384-5563
                dzchesnoff@cslawoffice.net
                rschonfeld@cslawoffice.net
                Attorneys for Defendant
                ALEXANDER SMIRNOV

## I. INTRODUCTION

Mr. Smirnov respectfully seeks leave for an Order to file his Unredacted Sentencing Memorandum in Mitigation of Punishment and Exhibits 1-2 <u>UNDER SEAL</u>. Specifically, said Memorandum and Exhibits contain confidential information which is covered under the protective order in this case. *See* ECF 59.

It is respectfully submitted that the information contained in said Memorandum and Exhibits are relevant to Mr. Smirnov's upcoming Sentencing hearing, and the materials should be permitted to be filed under seal for this Honorable Court's consideration.

## II. ARGUMENT

A party seeking to file a confidential document under seal must file a motion to seal and must comply with the Ninth Circuit's directives in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).

Here, it is respectfully submitted that there are compelling reasons and good cause for the referenced documents to be filed under seal, as the documents contain confidential information which is covered under the protective order in this case. *See* ECF 59. It is respectfully submitted that the unredacted items identified above should be filed under seal.

## III.  CONCLUSION

In conclusion, Mr. Smirnov hereby moves this Honorable Court for an Order to file his Unredacted Sentencing Memorandum in Mitigation of Punishment and Exhibits 1-2 UNDER SEAL.

DATED: December 24, 2024

CHESNOFF AND SCHONFELD

/s/ David Z. Chesnoff
_____
DAVID Z. CHESNOFF
RICHARD A. SCHONFELD
Attorneys for Defendant

## DECLARATION OF DAVID Z. CHESNOFF, ESQ.

I, DAVID Z. CHESNOFF, declare as follows:

1. I am a partner at the law firm of CHESNOFF & SCHONFELD and am retained as co-counsel to represent Defendant Alexander Smirnov in the instant matter, and I am familiar with the facts and circumstances of this case;

2. Defendant Alexander Smirnov respectfully moves this Honorable Court for permission to file his unredacted Sentencing Memorandum in Mitigation of Punishment and Exhibits 1-2 **UNDER SEAL**. Specifically, said Memorandum and Exhibits contain confidential information which is covered under the protective order in this case. *See* ECF 59. It is respectfully submitted that this information is relevant to Mr. Smirnov's upcoming Sentencing hearing, and the materials should be permitted to be filed under seal for this Honorable Court's consideration;

3. It is respectfully submitted that there are compelling reasons and good cause for the referenced documents to be filed under seal, as the documents contain confidential information covered under the protective order in this case. It is respectfully submitted that the unredacted memorandum and Exhibits 1-2, be filed under seal;

4. My office is providing notice to counsel for the government of this filing and the unredacted Sentencing Memorandum in Mitigation of Punishment and Exhibits 1-2 via email.

5.  The facts and circumstances set forth in the foregoing Motion are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 24th day of December, 2024.

/s/ David Z. Chesnoff
_____
DAVID Z, CHESNOFF, ESQ.

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of December, 2024, I caused the forgoing document to be filed electronically with the Clerk of the Court through the CM/ECF system for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Camie Linnell
Employee of Chesnoff & Schonfeld