UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ALEXANDER SMIRNOV,<br><br>  Defendant, | CASE NO. 2:24-CR-00091-ODW<br><br>[PROPOSED] ORDER |

Upon reviewing Defendant's Motion for leave to file Unredacted Sentencing Memorandum in Mitigation of Punishment including Exhibits 1-2 UNDER SEAL, it is hereby ORDERED that said Motion is GRANTED.

IT IS HEREBY ORDERED Defendant's Unredacted Sentencing Memorandum in Mitigation of Punishment including Exhibits 1-2 shall be filed and remain UNDER SEAL.

IT IS SO ORDERED.

_____          _____
DATE                                                      HONORABLE OTIS D. WRIGHT II
                                                                       UNITED STATES DISTRICT JUDGE

1