# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:24-CR-00702-ODW |
| v. | ) |
| ALEXANDER SMIRNOV, | ) |
| | ) **FILED UNDER SEAL** |
| Defendant, | ) |

## EXHIBIT 2