# EXHIBIT 3

**H. GEORGE TANAKA, M.D.**
*Glaucoma Consultation and Surgery*
711 Van Ness Avenue, Suite 330, San Francisco, CA 94102
(415) 771-4020  FAX (415) 771-4095

December 19, 2024

Honorable Otis D. Wright II
United States District Court – Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5D, 5th Floor
Los Angeles, CA 90012

**Re: Sentencing Hearing for Mr. Alexander Smirnov**

Dear Honorable Judge Wright,

I am writing to respectfully request consideration for a mitigated sentence for Mr. Alexander Smirnov, based on his severe and progressive medical condition of advanced glaucoma. Mr. Smirnov's eye health has significantly deteriorated during his incarceration.

Prior to his incarceration, Mr. Smirnov was under my care and underwent multiple surgeries to manage his advanced open-angle glaucoma. Despite these efforts, Mr. Smirnov's intraocular pressure remained poorly controlled despite maximal medical therapy, necessitating further surgical intervention. Unfortunately, during his incarceration, Mr. Smirnov was initially denied access to essential medications, he did not receive surgical treatment that I had scheduled before his incarceration. According to updated assessments from June 2024, his condition has advanced to legal blindness, with less than 20 degrees of visual field remaining in both eyes.

Mr. Smirnov faces progressive and irreversible loss of his remaining eyesight without consistent lifelong management by a trained glaucoma specialist to prevent complications such as infection or further vision loss. His continued incarceration may present significant challenges to such monitoring.

This court's decision regarding Mr. Smirnov's sentencing will profoundly affect his ability to access the medical care he urgently needs. A sentence of forty-eight (48) months would not only allow Mr. Smirnov to address his health sooner but also provide an opportunity for him to contribute meaningfully to society within the constraints of his disability.

Thank you for considering this appeal for leniency on behalf of Mr. Smirnov. His medical history and current condition underscore the exceptional circumstances that merit compassion and a reassessment of his sentence.

Sincerely,

H. George Tanaka, MD
Co-Director, Glaucoma Service
California Pacific Medical Center
(415) 771-4020
ghtanakamd@gmail.com