# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Bridget Bowie |
| 2a. Contact Phone Number | 202-706-1917 |
| 3a. Contact E-mail Address | bmb@usdoj.gov |
| 1b. Attorney Name (if different) | Derek E. Hines |
| 2b. Attorney Phone Number | 771-217-6091 |
| 3b. Attorney E-mail Address | deh@usdoj.gov |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | Special Counsel's Office David Weiss, U.S. Department of Justice, 950 Pennsylvania Ave NW, Room B-200, Washington, D.C. 20530 |
| 5. Name & Role of Party Represented | United States of America Plaintiff |
| 6. Case Name | U.S.A. v. Alexander Smirnov |
| 7a. District Court Case Number | 2:24-cr-00091-ODW and 24-702 |
| 7b. Appeals Court Case Number | |

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*: ☒ DIGITALLY RECORDED  ☐ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: CourtSmart

9. THIS TRANSCRIPT ORDER IS FOR: ☐ Appeal  ☒ Non-Appeal  ☒ Criminal  ☐ Civil  ☐ CJA  ☒ USA  ☐ FPD

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

a. HEARING(S) OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov).*

| HEARING DATE | Minute Order Docket # (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | b. SELECT FORMAT(S) PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/8/2025 | | Wright | Sentencing | ● | ○ | ○ | ○ | ○ | ○ | | 3-Day |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: January 8, 2025        Signature: Bridget Bowie

G-120 (06/18)