UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEXANDER SMIRNOV, ) <br> ) <br> Defendant, ) <br> _____ ) | CASE NOS. 2:24-CR-00091-ODW <br><br> [PROPOSED] ORDER |

The Court has read and considered Defendant's *Ex Parte* Motion to file an Amended Judgment of Conviction in the present case, has considered the government's position as to that motion, and has reviewed the written Judgment entered on Jan. 8, 2025 (ECF No. 216).

THEREFORE, FOR GOOD CAUSE SHOWN, the Defendant's *Ex Parte* Motion is GRANTED, as follows:

1. This Court hereby withdraws ECF No. 216 (Jan. 8, 2025).

2. This Court shall forthwith enter an Amended Judgment of Conviction stating on page one in boldface: "The sentence on Count 2 of the indictment in case number CR 24-00091 is 72 months. With respect to the indictment in case number CR 24-00702, as to Count 1, the sentence is 60 months. As to Count 5, the sentence is 60 months concurrent with Count 1. As to Count 8, the sentence is 12 months consecutive to the terms imposed on Counts 1 and 5 of that Indictment. The terms

of imprisonment imposed in case number CR 24-00702 are to run concurrently with the terms of imprisonment imposed in CR 24-00091. As a result of the foregoing, the total term of imprisonment on both indictments, all four counts, is 72 months."

    3.    All other statements in ECF No. 216 shall remain the same.

IT IS SO ORDERED.

_____        _____
DATE                                         HONORABLE OTIS D. WRIGHT II
                                                 UNITED STATES DISTRICT JUDGE