1  DAVID Z. CHESNOFF, ESQ.
   *Pro Hac Vice*
2  RICHARD A. SCHONFELD, ESQ.
   California Bar No. 202182
3  CHESNOFF & SCHONFELD
4  520 South Fourth Street
   Las Vegas, Nevada 89101
5  Telephone: (702) 384-5563
6  dzchesnoff@cslawoffice.net
   rschonfeld@cslawoffice.net
7  Attorneys for Defendant, ALEXANDER SMIRNOV

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
* * * * * *

| UNITED STATES OF AMERICA, | ) | **JOINT STIPULATION FOR RELEASE PENDING APPEAL UNDER 18 U.S.C. § 3143(b)(1)** |
|---|---|---|
| Plaintiff, | ) | (EXPEDITED CONSIDERATION REQUESTED) |
| v. | ) | Case No. 2:24-CR-00091-ODW & No. 2:24-CR-00702-ODW |
| ALEXANDER SMIRNOV, | ) | |
| Defendant, | ) | |

COMES NOW, Defendant, ALEXANDER SMIRNOV ("Mr. Smirnov"), by and through his attorneys, DAVID Z. CHESNOFF, ESQ., and RICHARD A. SCHONFELD, ESQ., of the law firm of CHESNOFF & SCHONFELD and the UNITED STATES OF AMERICA, by and through its attorneys, BILAL A. ESSAYLI, U.S. ATTORNEY and DAVID R. FRIEDMAN, AUSA who hereby submit this Joint Stipulation for Release Pending Appeal Under 18 U.S.C. § 3143(b)(1).

Dated this 10th day of April, 2025.

1

Respectfully Submitted:

CHESNOFF & SCHONFELD

/s/ David Z. Chesnoff
DAVID Z. CHESNOFF, ESQ.
*Pro Hac Vice*
RICHARD A. SCHONFELD, ESQ.
California Bar No. 202182
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
Attorneys for Defendant
ALEXANDER SMIRNOV


BILAL A. ESSAYLI
United States Attorney

/s/ David R. Friedman
Assistant United States Attorney
Chief, Criminal Appeals Section
312 North Spring Street, Suite 1000
Los Angeles, California 90012
Ph: (213) 894-7418
Attorneys for Plaintiff
UNITED STATES OF AMERICA

# JOINT STIPULATION FOR RELEASE PENDING APPEAL

ALEXANDER SMIRNOV, Defendant, and the UNITED STATES OF AMERICA, Plaintiff, do hereby stipulate that this Honorable Court enter an Order—based on said stipulation and 18 U.S.C. § 3143(b)(1)[1]—commanding that Defendant be forthwith released from custody pending his appeal in this matter, as set forth below.

The parties jointly agree that Defendant has been continuously incarcerated with a chronic eye disease for over one year and that his release pending appeal will permit him to travel to California to obtain treatment for his eye condition. The parties thus respectfully and jointly submit that expedited consideration of this unopposed request is warranted.

---

[1] That statute provides:

(b)(1) Except as provided in paragraph (2), the judicial officer shall order that a person who has been found guilty of an offense and sentenced to a term of imprisonment, and who has filed an appeal or a petition for a writ of certiorari, be detained, *unless* the judicial officer finds—

(A) by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c) of this title; *and*
(B) that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in—
(i) reversal,
(ii) an order for a new trial,
(iii) a sentence that does not include a term of imprisonment, *or*
(iv) a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process.

If the judicial officer makes such findings, such judicial officer *shall* order the release of the person in accordance with section 3142(b) or (c) of this title, . . . .

18 U.S.C. § 3143(b)(1) (emphases added).

**STIPULATED FACTS**

1. On December 12, 2024, in District Court Case Nos. 2:24-CR-00091-ODW and 2:24-CR-00702-ODW (C.D. Cal.), the parties entered into a binding plea agreement under Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure. DC Doc. Nos. 195 & 9.[2]

2. On January 8, 2025, the district court, pursuant to that plea agreement, sentenced Defendant—who has been in continuous custody since his rearrest in February 2022—to 72 months' imprisonment. DC Doc. Nos. 219 & 38.

3. On January 16, 2025, the district court entered the Amended Judgment. DC Doc. No. 223 & 42.

4. On January 21, 2025, Defendant timely filed a Notice of Appeal (DC Doc. No. 225 & 46), where this case was docketed as Nos. 25-400 & 25-408.

5. Defendant's Opening Brief is currently due April 15, 2025. CA Doc. 2.1 (Jan. 21, 2025).

6. The United States intends to review the government's theory of the case underlying Defendant's criminal conviction.

7. On April 10, 2025, the U.S. Court of Appeals for the Ninth Circuit entered an Order denying the parties' substantively identical "joint motion . . . for release pending appeal," and further stating: "[Mr. Smirnov] may file a new motion for release with this court if needed after presenting the motion to the district court." CA Doc. 7.1 (Apr. 10, 2025) (citing Fed. R. App. P. 9(b) & 9th Cir. R. 9-1.2(a)).

**APPLICATION OF 18 U.S.C. § 3143(b)(1)**

---

[2] Citations are to Case Nos. 2:24-CR-00091-ODW and 2:24-CR-00702-ODW, respectively.

8. The parties agree and stipulate that Defendant's release from custody pending appeal is warranted, for the reasons set forth below.

9. Clear and convincing evidence for Defendant's non-violent offenses of conviction (involving taxes and false statements) shows that Defendant is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c) of this title. *See* 18 U.S.C. § 3143(b)(1)(A); Fed. R. App. 9(b) (incorporating standard in 18 U.S.C. § 3143).

10. The parties agree that this Court should order Defendant's travel to be restricted to the State of Nevada, *except that* he shall, be permitted to travel to San Francisco, California, so his personal physician, Dr. George Tanaka may treat his ongoing eye conditions.

11. This stipulation is filed not for the purpose of delay, but, rather, because the pending appeal raises a substantial question of law or fact. *See* 18 U.S.C. § 3143(b)(1)(B).

Respectfully Submitted:

CHESNOFF & SCHONFELD

 /s/ David Z. Chesnoff
DAVID Z. CHESNOFF, ESQ.
RICHARD A. SCHONFELD, ESQ.
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
Attorneys for Defendant
ALEXANDER SMIRNOV

BILAL A. ESSAYLI
United States Attorney

 /s/ David R. Friedman
Assistant United States Attorney
Chief, Criminal Appeals Section

1
2
3
4

        312 North Spring Street, Suite 1000
        Los Angeles, California 90012
        Ph: (213) 894-7418
        Attorneys for Plaintiff
        UNITED STATES OF AMERICA

5    SUBMITTED this 10th day of April, 2025.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28