FILED

APR 10 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 25-400 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. 2:24-cr-00091-ODW-1 |
| v. | Central District of California, Los Angeles |
| ALEXANDER SMIRNOV, | ORDER |
| Defendant - Appellant. | |

| UNITED STATES OF AMERICA, | No. 25-408 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. 2:24-cr-00702-ODW-1 |
| v. | Central District of California, Los Angeles |
| ALEXANDER SMIRNOV, | |
| Defendant - Appellant. | |

Before: OWENS and DESAI, Circuit Judges.

The joint motion (Docket Entry No. 6 in Appeal No. 25-400) for release pending appeal is denied. Appellant may file a new motion for release with this court if needed after presenting the motion to the district court. *See* Fed. R. App. P. 9(b); 9th Cir. R. 9-1.2(a) ("A request for release pending appeal must first be brought in the district court.").

The existing briefing schedule remains in effect.